UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Calderon, <br><br> *Plaintiff,* <br><br> v. <br><br> Royal Elite Palace Caterers LLC, et al., <br><br> *Defendants.* | Case No.  1:21-cv-06367 <br><br> NOTICE OF APPEARANCE |

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs.

*[signature: Estee Ward]*

Estee L. Ward, Esq.
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
Estee.Ward @MaketheRoadNY.org
*Co-counsel for Plaintiff*