## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Alicia Calderon,

*Plaintiff,*

v.

Royal Elite Palace Caterers LLC, et al.,

*Defendants.*

**Case No.  1:21-cv-06367**

**NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs.

 */s/ Jose Cristobal Gutierrez*
Jose Cristobal Gutierrez, Esq.
JG7911
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
Cristobal.Gutierrez @MaketheRoadNY.org
*Co-counsel for Plaintiff*