UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Calderon,<br><br>   Plaintiff,<br><br>v.<br><br>Royal Elite Palace Caterers LLC, et al.,<br><br>   Defendants. | Case No. 1:21-cv-06367<br><br>NOTICE OF APPEARANCE |

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs.

*/s/ Sarah Leberstein*
Sarah Leberstein, Esq.
Make the Road New York
46 Waller Avenue
White Plains, NY 10605
sarah.leberstein@maketheroadny.org
*Co-counsel for Plaintiff*