AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06367-EK-MMH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ROYAL ELITE PALACE CATERERS LLC
was received by me on *(date)*   12/07/2021   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   SUE ZOUKY   , who is
designated by law to accept service of process on behalf of *(name of organization)*   NY SECRETARY OF STATE
_____ on *(date)*   12/13/2021   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/14/2021                         *Server's signature*

                                TIM O'DONNELL - PROCESS SERVER
                                       *Printed name and title*

                                        761 KOEHLER AVE.
                                       RONKONKOMA, NY  11779
                                       *Server's address*

Additional information regarding attempted service, etc:
TWO SETS OF DOCUMENTS WERE SERVED WITH THE STATUTORY FEE OF $40

| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Index No.: 1:21-cv-06367-EK-MMH<br>Filed On: 12/6/2021 |

ALICIA CALDERON,

-against-

**Affidavit of Service**
**LLC 303**

ROYAL ELITE PALACE CATERERS LLC, ET AL.

---

STATE OF NEW YORK, COUNTY OF SUFFOLK: Tim O'Donnell, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/13/2021 at 4:21 PM at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, your deponent served the SUMMONS IN A CIVIL ACTION, CALDERON RIDER AND COMPLAINT bearing Index # 1:21-cv-06367-EK-MMH and filed date 12/6/2021 upon ROYAL ELITE PALACE CATERERS LLC, the intended recipient, by delivering two (2) true copies to Sue Zouky, in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of the intended recipient. At the time of making such service, deponent paid the Secretary of State a fee of $40.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female
Skin Color: White
Hair Color: Brown
Approximate Age: 53-57
Approximate Height: 5'2"- 5'4"
Approximate Weight: 140 - 150

During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

Said service was made pursuant to Section 303 of the New York State Limited Liability Law.

Sworn to before me on 12/15/2021:

ALEX ZAMBRANO
Notary Public, State of New York
No. 01ZA6184258
Qualified in SUFFOLK County
Commission Expires 03/31/2024

Tim O'Donnell

---

| | |
|---|---|
| Law Office of Jillian T. Weiss, P.C.<br>527 Hudson Street<br>New York, NY 10014<br>Phone: 845-709-8991<br>File No. ROYAL ELITE PALACE | RETURN TO: Nationwide Court Services, Inc<br>761 Koehler Avenue, Suite A<br>Ronkonkoma, NY 11779<br>Ph: 631-981-4400<br>(NCS807139)CMH 1096415 |