AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06367-EK-MMH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __IGOR TSAN__

was received by me on *(date)* __12/07/2021__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __KSENIA N. (DID NOT PROVIDE FULL LAST NAME) - WIFE__ , a person of suitable age and discretion who resides there,
on *(date)* __12/10/2021__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/14/2021__

_____
Server's signature

ROBERT C. SIMMONDS, PROCESS SERVER LIC. # 2074083
Printed name and title

145-29 230TH PLACE
SPRINGFIELD GARDENS, NY 11413
Server's address

Additional information regarding attempted service, etc:
SERVED AT 141 BEACH 73RD STREET, UNIT 2, ARVERNE, NY 11692

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 1:21-cv-06367-EK-MMH  
Filed On: 12/6/2021

ALICIA CALDERON,

-against-

**Affidavit of Service by Mail**

**ROYAL ELITE PALACE CATERERS LLC, ET AL.**

STATE OF NEW YORK, COUNTY OF SUFFOLK: Christine Hanson, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/14/2021, your deponent mailed a true copy of the SUMMONS IN A CIVIL ACTION, CALDERON RIDER AND COMPLAINT by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 141 BEACH 73RD STREET, UNIT 2, ARVERNE, NY 11692 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

IGOR TSAN

141 BEACH 73RD STREET  
UNIT 2  
ARVERNE, NY 11692

Sworn to before me on 12/14/2021:

ALEX ZAMBRANO  
Notary Public, State of New York  
No. 01ZA6184258  
Qualified in SUFFOLK County  
Commission Expires 03/31/2024

Christine Hanson

Law Office of Jillian T. Weiss, P.C.  
527 Hudson Street  
New York, NY 10014  
Phone: 845-709-8991  
File No. ROYAL ELITE PALACE

RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Agency DCA License#: 1037536 Ph: 631-981-4400  
(NCS807139)CMH 1096423

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 1:21-cv-06367-EK-MMH
Filed On: 12/6/2021

ALICIA CALDERON,

-against-

**Affidavit of Service
SUBSTITUTE**

ROYAL ELITE PALACE CATERERS LLC, ET AL.

STATE OF NEW YORK, COUNTY OF SUFFOLK: Robert C Simmonds, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/10/2021 at 4:16 PM at 141 BEACH 73RD STREET, UNIT 2, ARVERNE, NY 11692, your deponent served the SUMMONS IN A CIVIL ACTION, CALDERON RIDER AND COMPLAINT bearing Index # 1:21-cv-06367-EK-MMH and filed date 12/6/2021 upon IGOR TSAN, by delivering a true copy to a person of suitable age and discretion, to wit: KSENIA N. (FULL LAST NAME NOT PROVIDED), WIFE, who verified that the intended recipient actually resides at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female
Skin Color: White
Hair Color: Brown
Approximate Age: 36-50
Approximate Height: 5ft 3in - 5ft 7in
Approximate Weight: 131-160
Other Information: Glasses

That at the time of service as aforesaid, your deponent asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

Sworn to before me on 12/14/2021:

ALEX ZAMBRANO
Notary Public, State of New York
No. 01ZA6184258
Qualified in SUFFOLK County
Commission Expires 03/31/2024

Robert C Simmonds
NYC License # - 2074083

Law Office of Jillian T. Weiss, P.C.
527 Hudson Street
New York, NY 10014
Phone: 845-709-8991
File No. ROYAL ELITE PALACE

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536 Ph: 631-981-4400
(NCS807139)CMH 1096423