AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:21-cv-06367-EK-MMH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title. if any)*   ABHI VAYNSHTEYN
was received by me on *(date)*          12/07/2021          .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*   VICTOR VELSCU
_____ , a person of suitable age and discretion who resides there,

on *(date)*    12/08/2021    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     12/14/2021
_____
*Server's signature*

PATRICK BUTTLER, PROCESS SERVER
*Printed name and title*

761 KOEHLER AVE
RONKONKOMA, NY  11779
_____
*Server's address*

Additional information regarding attempted service, etc:
SERVED AT 133 EVERIT AVENUE, HEWLETT, NY  11557

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**ALICIA CALDERON,**

-against-

**ROYAL ELITE PALACE CATERERS LLC, ET AL.**

**Affidavit of Service
SUBSTITUTE**

STATE OF NEW YORK, COUNTY OF SUFFOLK: Patrick Buttler, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/8/2021 at 4:29 PM at 133 EVERIT AVENUE, HEWLETT, NY  11557, your deponent served the SUMMONS IN A CIVIL ACTION, CALDERON RIDER AND COMPLAINT bearing Index # 1:21-cv-06367-EK-MMH and filed date 12/6/2021 upon ABHI VAYNSHTEYN, by delivering a true copy to a person of suitable age and discretion, to wit: VICTOR VELSCU, CO-RESIDENT, who verified that the intended recipient actually resides at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:    Male
Skin Color:    Brown
Hair Color:    Black
Approximate Age:    43 - 47
Approximate Height:    5ft 7in - 5ft 11in
Approximate Weight:    170 - 180

That at the time of service as aforesaid, your deponent asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply.  Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

Sworn to before me on 12/9/2021:

**ALEX ZAMBRANO**
**Notary Public, State of New York**
**No. 01ZA6184258**
**Qualified in SUFFOLK County**
**Commission Expires 03/31/2024**

Patrick Buttler

Law Office of Jillian T. Weiss, P.C.
527 Hudson Street
New York, NY 10014
Phone: 845-709-8991
File No. ROYAL ELITE PALACE

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY  11779
Ph: 631-981-4400
(NCS807139)CMH 1096424

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 1:21-cv-06367-EK-MMH

**Filed On: 12/6/2021**

**ALICIA CALDERON,**

-against-

**Affidavit of Service by Mail**

**ROYAL ELITE PALACE CATERERS LLC, ET AL.**

---

STATE OF NEW YORK, COUNTY OF SUFFOLK: Christine Hanson, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/9/2021, your deponent mailed a true copy of the SUMMONS IN A CIVIL ACTION, CALDERON RIDER AND COMPLAINT by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 133 EVERIT AVENUE, HEWLETT, NY 11557 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

ABHI VAYNSHTEYN

133 EVERIT AVENUE
HEWLETT, NY 11557

Sworn to before me on 12/9/2021:

**ALEX ZAMBRANO**
**Notary Public, State of New York**
**No. 01ZA6184258**
**Qualified in SUFFOLK County**
**Commission Expires 03/31/2024**

Christine Hanson

---

Law Office of Jillian T. Weiss, P.C.
527 Hudson Street
New York, NY 10014
Phone: 845-709-8991
File No. ROYAL ELITE PALACE

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS807139)CMH 1096424