# S<span>INAYSKAYA</span> Y<span>UNIVER</span> P.C.
ATTORNEYS AT LAW

January 6, 2021

**VIA E-FILING**
Hon. Eric R. Komitee, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *Calderon v. Royal Elite Palace Caterers,* LLC – Case No.: 21-cv-6367(EK)(MMH)

**LETTER MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Dear Honorable Judge Eric R Komitee:

The undersigned counsel represents Defendant Abhi Vaynshteyn And Elite Palace LLC ("Defendants") in the above-referenced matter. I write with the consent of counsel for Plaintiff to request that the above-referenced Defendants' time to file an Answer or move in response to Plaintiff's Complaint be extended to February 21, 2022 (45 days from today's date).

The purpose of this extension is that counsel for Defendants have just been retained, and to allow counsel for Defendant to produce any preliminary documents that may resolve the matter. This is the first request for such relief and no party to this matter shall be prejudiced by such extension.

We appreciate the Court's attention to this matter. Should Your Honor have any further questions, we remain at the Court's disposal.

Respectfully submitted,

       /s/ Steven R. Yuniver
Steven R. Yuniver, Esq.
SINAYSKAYA YUNIVER, P.C.
710 Avenue U
Brooklyn, NY 11223
t: (718) 402-2240
f: (718) 305-4571
steven@sypcl.com
*Attorneys for Defendants*
*Elite Palace, LLC and*
*Abhi Vaynshteyn*