UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ALICIA CALDERON,

                                *Plaintiff*          Case No 21-CV-6367(EK)(MMH)

v.                                                          **NOTICE OF APPEARANCE**

ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV

                                *Defendants*
---------------------------------------------------------------x
TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Steven R. Yuniver, Esq., a member of the Court in good standing, of the law firm of Sinayskaya Yuniver, P.C., respectfully enters his appearance as counsel for the Defendants: ELITE PALACE, LLC and ABHI VAYNSHTEYN.

      All further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: January 7, 2022
        Brooklyn, NY

                                                        SINAYSKAYA YUNIVER, P.C.

                                                        */s/ Steven R. Yuniver*
                                                        Steven R. Yuniver, Esq. (SY4383)
                                                        710 Avenue U
                                                        Brooklyn, NY 11223
                                                        t: (718) 402-2240
                                                        f: (718) 305-4571
                                                        e: steven@sypcl.com
                                                        *Counsel for Defendants*
                                                        *Elite Palace, LLC and*
                                                        *Abhi Vaynshteyn*