UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ALICIA CALDERON,

                        *Plaintiff*           Case No 21-CV-6367(EK)(MMH)

v.                                          **NOTICE OF APPEARANCE**

ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV

                        *Defendants*
-------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Elite Palace, LLC. (a private non-governmental party) certifies that there is no parent corporation, no subsidiary, or publicly held corporation that owns more than 10% of its stock, and in fact has not been in operation since May 2014.

Dated: January 11, 2022
        Brooklyn, NY

                                            SINAYSKAYA YUNIVER, P.C.

                                            */s/ Steven R. Yuniver*
                                            Steven R. Yuniver, Esq. (SY4383)
                                            710 Avenue U
                                            Brooklyn, NY 11223
                                            t: (718) 402-2240
                                            f: (718) 305-4571
                                            e: steven@sypcl.com
                                            *Counsel for Defendants*
                                            *Elite Palace, LLC and*
                                            *Abhi Vaynshteyn*