UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------- X
ALICIA CALDERON,
                      Plaintiff,      :      Case No. 21-CV-6367(EK)(MMH)

          V.

ROYAL ELITE PALACE CATERERS LLC, ELITE        **NOTICE OF APPEARANCE**
PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902
GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO,
SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR
TSAN, ABHI VA YNSHTEYN, ABA COHEN a/k/a
ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN
KATANOV, and YURI YONAYEV.

                    Defendants      :
---------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of JACOBS PC, is hereby entering an appearance as counsel of record for ROYAL ELITE PALACE CATERERS, LLC; 6902 GARFIELD IZ, LLC; and ABA COHEN s/h/a ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV in the above-captioned action.

All further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below

Dated: January 13, 2022
      Queens, New York

                                        **JACOBS PC**

                                        ___/s/ Eduard Kushmakov_____
                                        Eduard Kushmakov, Esq.
                                        450 Lexington Avenue, 4th Floor
                                        New York, New York 10017
                                        (718) 772-8704
                                        Eduard@jacobspc.com