**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------- X
ALICIA CALDERON,
                      Plaintiff,     :    Case No. 21-CV-6367(EK)(MMH)
           V.
ROYAL ELITE PALACE CATERERS LLC, ELITE     **RULE 7.1 DISCLOSURE**
PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902     **STATEMENT**
GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO,
SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR
TSAN, ABHI VA YNSHTEYN, ABA COHEN a/k/a
ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN
KATANOV, and YURI YONAYEV.

                 Defendants     :
---------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 6902 GARFIELD IZ LLC. (a private non-governmental party) certifies that there is no parent corporation, no subsidiary, or publicly held corporation that owns more than 10% of its stock.

Dated: January 13, 2022
      Queens, New York

                                                **JACOBS PC**

                                                /s/ Eduard Kushmakov
                                              Eduard Kushmakov, Esq.
                                              450 Lexington Avenue, 4th Floor
                                              New York, New York 10017
                                              (718) 772-8704
                                              Eduard@jacobspc.com