**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------- X
ALICIA CALDERON,
                    Plaintiff, :
           V.
ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VA YNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.

              Defendants :
---------------------------------- X

Case No. 21-CV-6367(EK)(MMH)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ROYAL ELITE PALACE CATERERS LLC. (a private non-governmental party) certifies that there is no parent corporation, no subsidiary, or publicly held corporation that owns more than 10% of its stock.

Dated: January 13, 2022
    Queens, New York

                               **JACOBS PC**

                               ___/s/ Eduard Kushmakov_____
                               Eduard Kushmakov, Esq.
                               450 Lexington Avenue, 4th Floor
                               New York, New York 10017
                               (718) 772-8704
                               Eduard@jacobspc.com