

January 13, 2022

<u>VIA:ECF</u>
Hon. Eric R. Komitee
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    Calderon et al v. Royal Elite Palace Caterers LLC et al
               Case No. 1:21-cv-06367-EK-MMH

Dear Hon. Komitee,

    This office is represents Defendants 6902 Garfield IZ, LLC ("IZ"), Royal Elite Palace Caterers, LLC, and Aba Cohen ("Cohen") in this action. Please allow this letter to serve as a clarification on the recent filings.

    Initially, the undersigned mistakenly stated that JACOBS PC represents Elite Palace, LLC. This occurred because the undersigned mistakenly believed that Elite Palace LLC and Royal Elite Palace Caterers LLC were the same entity due to the similarity in their names and interchangeable use. A notice of appearance has been filed to dispel any confusion.

    In addition, the order directing the undersigned to file a notice of appearance was not calendared by the undersigned's office. The undersigned respectfully submits that this was law office error and efforts will be taken to prevent similar errors.

    Thank you for your time and attention. If you have any questions, please do not hesitate to contact the undersigned.

    Respectfully submitted,

      /s/ Eduard Kushmakov
    **Eduard Kushmakov, Esq.**
    Jacobs PC

CC: All parties via ECF

450 Lexington Avenue, 4th Floor, New York, NY 10017

O: (718) 772-8704 F: (718) 228-2576