## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CALDERON,<br><br>           **Plaintiff,**<br><br>   v.<br><br>ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.<br><br>           **Defendants.** | **Case No.  21-cv-6367(EK)(MMH)**<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ELITE PALACE LLC, ABHI VAYNSHTEYN, SIMON ALISHAEV, 6902 GARFIELD AVENUE LLC AND IGOR TSAN** |

IT IS HEREBY ORDERED that Defendants Elite Palace LLC, Abhi Vaynshteyn, Simon Alishaev, 6902 Garfield Avenue LLC, and Igor Tsan are hereby dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), without costs or fees to any party as against any other.

The Clerk of the Court shall enter judgment in this case dismissing with prejudice Defendants Elite Palace LLC, Abhi Vaynshteyn, Simon Alishaev, 6902 Garfield Avenue LLC and Igor Tsan. Counsel for Defendants Elite Palace LLC and Abhi Vaynshteyn shall be removed from the ECF email service list.

_____

Hon. Eric R. Komitee