**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALICIA CALDERON,

Plaintiff,

v.

ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, YURI YONAYEV, and ILYA ZAVOLUNOV.

Defendants.

**Case No. 1:21-cv-6367**

**REQUEST FOR CERTIFICATE OF DEFAULT BY CLERK OF COURT**

Pursuant to Fed. R. Civ. P. 55(a), Alicia Calderon requests a Clerk's certificate of entry of default of defendant Roben Katanov. Within the accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;
2) is not in the military service;
3) was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the court; and
4) has failed to plead or otherwise defend in the above captioned action.

DATED: January 27, 2022

Respectfully Submitted,

Estee L. Ward
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Tel: (646) 801-5289
Email: estee.ward@maketheroadny.org