**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALICIA CALDERON,

Plaintiff,

v.

ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, YURI YONAYEV, and ILYA ZAVOLUNOV.

Defendants.

**Case No. 1:21-cv-6367**

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

I, Estee Ward, Esq., declare and state:

1. I am an attorney admitted to practice in the State of New York and in this Court, and I represent the plaintiff Alicia Calderon ("plaintiff") in this action.
2. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.
3. I submit this declaration in support of plaintiff's request that the Clerk of Court enter a default against defendant Roben Katanov.
4. This action commenced pursuant to a complaint and summons filed on November 16, 2021 and November 29, 2021, respectively. (*See*, Docs. #1, 7).
5. On December 15, 2021, defendant Roben Katanov was served at his principal place of residence, 7576 184th Street, Fresh Meadows, New York 11366, by delivering a copy of the summons and complaint to a person identified as defendant's co-tenant, Harvey

"Doe" (did not provide last name), who is also of suitable age and discretion, and who verified that the defendant actually resides there. (*See*, Doc. #18).

6. A follow up mailing to Roben Katanov at his principal place of residence, 7576 184th Street, Fresh Meadows, New York 11366, was made by regular first-class mail on December 21, 2021. (*See*, Doc. #18).
7. The time for defendant to answer or otherwise move with respect to the complaint herein has expired.
8. Defendant has not answered or otherwise moved with respect to the complaint, and the time for defendant to answer or otherwise move has not been extended.
9. Defendant is not a minor, nor is defendant mentally incompetent, nor is defendant in the military service of the United States, as appears from the facts in this litigation.

WHEREFORE, it is respectfully requested that the default of defendant Roben Katanov be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

DATED: Brooklyn, New York
January 27, 2022

Estee Ward

ESTEE WARD