**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALICIA CALDERON,<br><br>      Plaintiff,<br><br>    v.<br><br>ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, YURI YONAYEV, and ILYA ZAVOLUNOV.<br><br>      Defendants**.** | Case No. 1:21-cv-6367(EK)(MMH)<br><br>**CLERK'S CERTIFICATE<br>OF DEFAULT** |

**I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York,** do hereby certify that this action was commenced on November 16, 2021 with the filing of a summons and complaint, Docs. #1, 7.  A copy of the summons and complaint was served on defendant Roben Katanov, and proof of service was therefore filed on December 28, 2021, Doc. #18.  I further certify that the docket entry indicates that defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated: Brooklyn, New York

   February 1, 2022

BRENNA B. MAHONEY
Clerk of Court

BY: *Jalitza Poveda*
    Deputy Clerk