THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 1:21-cv-06367-EK-MMH  
Filed On: 12/6/2021

ALICIA CALDERON,

-against-

ROYAL ELITE PALACE CATERERS LLC, ET AL.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF SUFFOLK: LAURANCE KNOX, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 1/26/2022 at 4:26 PM at 8246 189TH ST., HOLLIS, NY 11423, your deponent served the SUMMONS IN A CIVIL ACTION, CALDERON RIDER AND COMPLAINT bearing Index # 1:21-cv-06367-EK-MMH and filed date 12/6/2021 upon YURI YONAYEV. During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

[ X ] INDIVIDUAL  
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ ] AGENCY / BUSINESS  
By delivering thereat a true copy of each to . Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON  
By delivering a true copy of each to a person of suitable age and discretion, to wit: , who verified that the intended recipient actually resides at this location.

[ ] AFFIXING TO DOOR  
By affixing a true copy of each to the door of the address at 8246 189TH ST., HOLLIS, NY 11423, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY  
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 8246 189TH ST., HOLLIS, NY 11423 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[ X ] DESCRIPTION  
Gender: Male; Skin: White; Hair: Black; Age: 46 - 50; Height: 5ft 6in - 5ft 10in; Weight: 175 - 185;

[ X ] MILITARY SERVICE  
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 1/31/2022:

ALEX ZAMBRANO  
Notary Public, State of New York  
No. 01ZA6184258  
Qualified in SUFFOLK County  
Commission Expires 03/31/2024

LAURANCE KNOX  
NYC License # - 1167432

Law Office of Jillian T. Weiss, P.C.  
527 Hudson Street  
New York, NY 10014  
Phone: 845-709-8991  
File No. ROYAL ELITE PALACE

RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Agency DCA License#: 1037536 Ph: 631-981-4400  
(NCS807139)CMH 1099206

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06367-EK-MMH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  YURI YONAYEV

was received by me on *(date)*  12/07/2021  .

☑ I personally served the summons on the individual at *(place)*  8246 189TH ST., HOLLIS, NY 11423
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/31/2022

*Server's signature*

LAURANCE KNOX- PROCESS SERVER # 1167432
*Printed name and title*

20 VESEY STREET
NEW YORK, NY 10007

*Server's address*

Additional information regarding attempted service, etc: