

February 11, 2022

<u>**VIA ECF**</u>

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>*Calderon v. Royal Elite Palace Caterers LLC et al.*,</u>
             <u>**Index No. 1:21-cv-06367**</u>

Dear Magistrate Judge Henry:

    My office Make the Road New York, along with the Law Office of Jillian T. Weiss P.C., represents the Plaintiff in the above-referenced matter.

    Pursuant to Fed R. Civ. P. 4(m), Plaintiff respectfully submits this application to extend the time to serve the Summons and Complaint in this case upon Defendant Alexandra Hiaeve. This action was filed on November 16, 2021, and Plaintiff's 90-day period to serve Defendant would expire February 14, 2022. Plaintiff has made persistent and diligent efforts to effectuate service of process upon Defendant but has thus far been unsuccessful.

    Plaintiff's process server attempted service upon Defendant at two addresses at which, upon information and belief, Defendant currently resides. On December 13, 2021, the process server attempted service at Defendant's publicly listed primary residence, located at 8122 188th Street, Hollis, New York 11423. Service was returned unexecuted, because according to the female tenant, Defendant no longer resides there. Tenant did not provide further information. On February 7, 2022, the process server attempted service upon Defendant at another address listed as Defendant's place of residence, 8107 189th Street, Hollis, New York 11423. Plaintiff's process server spoke with a female tenant at this address, who stated that Defendant Hiaeve was unknown to her.

    Plaintiff has identified additional information to facilitate service, including several photographs of the Defendant. The process server is reattempting service at the first address where service was attempted with this information. Plaintiff is also identifying other addresses and may seek Amended Summons for these locations.

| BROOKLYN | QUEENS | STATEN ISLAND | LONG ISLAND | WESTCHESTER |
|---|---|---|---|---|
| 301 GROVE STREET | 92-10 ROOSEVELT AVENUE | 161 PORT RICHMOND AVENUE | 1090 SUFFOLK AVENUE | 46 WALLER AVENUE |
| BROOKLYN, NY 11237 | JACKSON HEIGHTS, NY 11372 | STATEN ISLAND, NY 10302 | BRENTWOOD, NY 11717 | WHITE PLAINS, NY 10605 |
| TEL 718 418 7690 | TEL 718 565 8500 | TEL 718 727 1222 | TEL 631 231 2220 | TEL 914 948 8466 |
| FAX 718 418 9635 | FAX 718 565 0646 | FAX 718 981 8077 | FAX 631 231 2229 | FAX 914 948 0311 |

WWW.MAKETHEROADNY.ORG

We therefore respectfully request that the Court extend the time for service of **Alexandra Hiaeve** for 60 days. This is our first request for an extension of time to serve. The other Defendants have consented to our request and would not be prejudiced by an extension of time, as they have already accepted service in this case.

Respectfully submitted,

**MAKE THE ROAD NEW YORK**

/s Estee L. Ward
Estee L. Ward
92-10 Roosevelt Ave.
Jackson Heights, NY 11372
(718) 565-8500
Estee.Ward@MaketheRoadNY.org
*Counsel for Plaintiffs*