**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------- X

ALICIA CALDERON,

                Plaintiff,

      V.

ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.

                Defendants

---------------------------------- X

Case No. 21-CV-6367(EK)(MMH)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of JACOBS PC, is hereby entering an appearance as counsel of record for ROYAL ELITE PALACE CATERERS, LLC; 6902 GARFIELD IZ, LLC; and ABA COHEN s/h/a ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV in the above-captioned action.

All further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below

Dated: February 11, 2022
      New York, New York

                          **JACOBS PC**

                         ___/s/ Leo Jacobs_____
                         Leo Jacobs, Esq.
                         450 Lexington Avenue, 4th Floor
                         New York, New York 10017
                         (718) 772-8704
                         Leo@jacobspc.com