UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ALICIA CALDERON,

                              Plaintiff,

   -against-

ROYAL ELITE PALACE CATERERS LLC, ELITE
PALACE LLC, 6902 GARFIELD AVENUE LLC, 690
GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO,
SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR
TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a
ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN
KATANOV, and YURI YONAYEV,

                              Defendants.
---------------------------------------------------------------------X

**Case No.:** 1:21-cv-6367 (EK) (MMH)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       February 22, 2022

**MILMAN LABUDA LAW GROUP PLLC**

  _/s/ Emanuel Kataev, Esq._____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*
*Alexandra Hiaeve*
*Roben Katanov*
*Yuri Yonayev*