UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CALDERON,<br><br>                          *Plaintiff,*<br><br>v.<br><br>ROYAL ELITE PALACE CATERERS LLC, ELITE PALACE LLC, 6902 GARFIELD AVENUE LLC, 6902 GARFIELD IZ, LLC d/b/a DA MIKELLE PALAZZO, SIMON ALISHAEV, ALEXANDRA HIAEVE, IGOR TSAN, ABHI VAYNSHTEYN, ABA COHEN a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.<br><br>                          *Defendants.* | Civ. No. 21-CV-6367(EK)(MMH)<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT 6902 GARFIELD IZ, LLC** |

       IT IS HEREBY ORDERED that Defendant 6902 Garfield IZ, LLC d/b/a Da Mikelle Palazzo is hereby dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), without costs or fees to any party as against any other.

       The Clerk of the Court shall enter judgment in this case dismissing with prejudice Defendant 6902 Garfield IZ, LLC.  Counsel for Defendant 6902 Garfield IZ, LLC shall be removed from the ECF email service list.

_____
Hon. Eric R. Komitee