UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Calderon,<br>*Plaintiff,*<br>v.<br>Royal Elite Palace Caterers LLC et al,<br>*Defendants* | № 1:21-cv-6367 (EK) (MMH)<br><br>NOTICE OF MOTION TO WITHDRAW AS ATTORNEY |

PLEASE TAKE NOTICE, that upon the accompanying declaration of Estee Ward, Plaintiff, by and through her attorneys, hereby notify the Court that Estee Ward's last day with Make the Road New York is on July 29, 2022. Accordingly, Plaintiff requests for an Order pursuant to Rule 1.4 of the Local Civil Rules of the United District Court for the Eastern District of New York permitting that Ms. Ward be withdrawn as attorney of record in the above-captioned matter and that all further electronic notices in the above-referenced matter to Ms. Ward be terminated. Plaintiff continues to be represented by the undersigned counsel Make the Road New York and by the Law Office of Jillian T. Weiss, P.C., and will not be prejudiced by Ms. Ward's withdrawal. Ms. Ward is not asserting a retaining or charging lien, and this application to withdraw has been served on Plaintiff.

Dated: Brooklyn, New York
July 29, 2022

MAKE THE ROAD NEW YORK

By: *<u>/s/ Estee Lorrayne Ward</u>*
Estee Lorrayne Ward
92-10 Roosevelt Ave.
Jackson Heights, New York 11372
estee.ward@maketheroadny.org
T: 717-565-8500