UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alicia Calderon,<br>*Plaintiff,*<br><br>v.<br><br>Royal Elite Palace Caterers LLC et al,<br><br>*Defendants* | № 1:21-cv-6367 (EK) (MMH)<br><br>DECLARATION IN SUPPORT OF NOTICE TO WITHDRAW AS ATTORNEY |

I, Estee Ward, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney in good standing, admitted to practice in the State of New York and before the United States District Courts for the Southern and Eastern Districts of New York.
2. I submit this Declaration in support of the Plaintiff's motion for an Order authorizing my withdrawal as counsel for Plaintiff in the above-captioned matter.
3. I seek withdrawal as counsel, because my last day with Make the Road New York is July 29, 2022.
4. My withdrawal will not in any way prejudice Plaintiff, because Plaintiff will continue to be represented by Make the Road New York and the Law Office of Jillian T. Weiss, P.C.
5. I am not asserting a retaining or charging lien against Plaintiff.
6. My application to withdraw has been served on Plaintiff.

Dated: New York, New York
July 29, 2022

Respectfully submitted,

*/s/ Estee L. Ward*
Estee L. Ward