UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALICIA CALDERON

                Plaintiff,

-against-

ROYAL ELITE PALACE CATERERS, LLC et al.

              Defendants.

21-cv-06367-EK-MMH

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Adam Sherman hereby appears in this action on behalf of Defendant Royal Elite Palace Caterers, LLC, and Aba Cohen.

Undersigned counsel, Adam Sherman, hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       August 3, 2022

                                      **JACOBS P.C.**

                                      /s/ Adam Sherman, Esq.

                                      Adam Sherman, Esq.
                                      450 Lexington Avenue
                                      4th Floor
                                      New York, NY 10017
                                      (718) 772-8704
                                      adam@jacobspc.com
                                      *Attorneys for Defendants Royal*
                                      *Elite Place Caterers, LLC and*
                                      *Aba Cohen*