Case Name: Calderon v. Royal Elite Palace Caterers, LLC et al. Case Number: 1:21-CV-6367 EK-MMH

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | x | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | 8/15/22 |
| 3. Requested: | | | |
| a. Medical records authorization | | | |
| b. CPL § 160.50 releases for arrest records | | x | |
| c. Identification of John Doe/Jane Doe defendants | | x | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | x | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | **x** | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | x | (Contested) | |
| 2. Defendant to make settlement offer | | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | Yes | | 10/31/22 |
| 4. Settlement Conference (proposed date) | 1/15/23 | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | 8/31/22 | |
| 2. Motion to amend pleadings | | 8/31/22 | |
| 3. Initial documents requests and interrogatories | | 8/31/22 | |
| 4. All fact discovery to be completed (including disclosure of medical records) | | 12/31/22 | |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | 1/21/23 | |

| | | | |
|---|---|---|---|
| 6. Expert discovery (only if needed) | | | *Check here if not applicable* ☒ |
| Plaintiff expert proposed field(s) of expertise: | n/a | | |
| Defendant expert proposed field(s) of expertise: | n/a | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | x | |
| b. Rebuttal expert reports due | | x | |
| c. Depositions of experts to be completed | | x | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | 12/31/22 | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | 1/21/23 | |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | 3/21/23 | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | 3/21/23 | |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | | |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | | ☐ Yes<br>☒ No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
| 1. Motion for collective action certification in FLSA cases | | x | |
| a. Response due | | x | |
| b. Reply due | | x | |
| 2. Motion for Rule 23 class certification | | x | |
| a. Response due | | x | |
| b. Reply due | | x | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

______________________________ ______________________________

**MARCIA M. HENRY** **Date**

United States Magistrate Judge