Gmail

Admin Assistant <admin@jtweisslaw.com>

# Activity in Case 1:21-cv-06367-EK-MMH Calderon et al v. Royal Elite Palace Caterers LLC et al Order on Motion to Dismiss

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov> Wed, Jun 22, 2022 at 3:28 PM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/22/2022 at 3:28 PM EDT and filed on 6/22/2022

| | |
|---|---|
| **Case Name:** | Calderon et al v. Royal Elite Palace Caterers LLC et al |
| **Case Number:** | 1:21-cv-06367-EK-MMH |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER: ORDER: The Court has reviewed Plaintiff's motions (ECF Nos. [28], [41]) to voluntarily dismiss with prejudice all claims against certain defendants pursuant to Fed. R. Civ. P. 41(a)(2) as well as Plaintiff's letter explaining the reasons for dismissal (ECF No. [39]). Plaintiff has represented that there is no settlement agreement and that Plaintiff concluded it did not have a viable claim against this group of defendants because none of them ever employed her. Such dismissal does not run afoul of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and neither party will suffer undue prejudice by the dismissal. *See Pang v. Flying Horse Trucking Co.*, No. 20-CV-6387, Order of February 15, 2022 (dismissing FLSA claims with prejudice under Rule 41(a)(2) after Plaintiff concluded they were not viable). Plaintiff's claims against defendants Elite Palace LLC, Abhi Vaynshteyn, Simon Alishaev, 6902 Garfield Avenue LLC, Igor Tsan, and 6902 Garfield IZ, LLC are hereby DISMISSED with prejudice. Ordered by Judge Eric R. Komitee on 6/22/2022. (Guy, Alicia)**

**1:21-cv-06367-EK-MMH Notice has been electronically mailed to:**

Jillian T Weiss jweiss@jtweisslaw.com, admin@jtweisslaw.com

Steven R Yuniver Steven@SYPCL.Com, syuniver@gmail.com

Emanuel Kataev emanuel@mllaborlaw.com, mail@emanuelkataev.com

Jose Cristobal Gutierrez cristobal.gutierrez@maketheroadny.org

Estee Lorrayne Ward estee.ward@maketheroadny.org

Ilevu Yakubov leo@yakubovlaw.com

Eduard Kushmakov eduard@adammichaellevypc.com

**1:21-cv-06367-EK-MMH Notice will not be electronically mailed to:**