**LAW OFFICE OF JILLIAN T. WEISS, P.C.**
ATTORNEY AT LAW
226 PROSPECT PARK WEST, NO. 104
BROOKLYN, NEW YORK 11215
------------
(845) 709-3237
FAX: (845) 684-0160
jweiss@jtweisslaw.com
INCORPORATED IN NEW YORK
ADMITTED NEW YORK AND NEW JERSEY ONLY

**BY ECF**
September 1, 2022

Honorable Marcia M. Henry
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Calderon v. Royal Elite Palace Caterers LLC, et al., 1:21-cv-6367 (EK) (MMH)**

Dear Judge Henry,

      I represent the Plaintiff in the above referenced action. I write to advise that there was a duplicate filing of Plaintiff's motion to amend. ECF No. 50 was filed in error with an incorrect document attached. ECF 51 is Plaintiff's intended operative motion to amend. Plaintiff respectfully requests that ECF 50 be stricken.

Respectfully submitted,

/s/ Jillian T. Weiss, Esq.
Law Office of Jillian T. Weiss, P.C.
442 15th Street
Brooklyn, New York 11215
Tel: 845.709.3237
jweiss@jtweisslaw.com
*Attorney for the Plaintiff Alicia Calderon*

**cc: All Counsel of Record via ECF**