

*Leo Jacobs*
*Jacobs P.C.*
*Telephone: (212) 229-0476*
*Email: leo@jacobspc.com*

September 9, 2022

<u>*Via ECF*</u>
Marcia M. Henry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 504N
Brooklyn, New York 11201

    **Re:** *Alicia Calderon v. Royal Elite Palace Caterers LLC*, *et al*.
       21-cv-6367(**EK**)(**MMH**)

Dear Judge Henry:

  We represent Defendants Royal Elite Palace Caterers LLC and Aba Cohen in the above-referenced action.

  In accordance with Your Honor's Order dated September 2, 2022, we write to inform the Court that we have no objection to the Plaintiff filing her proposed first amended complaint (Doc. 51-2).

  We thank the Court for its consideration.

            Respectfully submitted,

            */s/Leo Jacobs*
             Leo Jacobs

cc: All counsel of record (via ECF)