# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 9, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 504 North
Brooklyn, NY 11201-1804

      *Re:*    **Calderon v. Royal Elite Palace Caterers LLC,** *et al.*
            **Case No.: 1:21-cv-6367 (EK) (MMH)**
            <u>**MLLG File No.: 19-2022**</u>

Dear Judge Henry:

      This office represents individual Defendants Alexandra Hiaeve ("Hiaeve"), Roben Katanov ("Katanov"), and Yuri Yonayev ("Yonayev") (collectively hereinafter the "Former Owner Defendants") in the above-referenced case.

      The Former Owner Defendants write to respectfully submit that, while they do not object to Plaintiff's motion for leave to amend the complaint, they reserve the right to respond to the complaint by filing and serving a pre-answer motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule").

      In that regard, the lack of an objection by the Former Owner Defendants to Plaintiff's motion for leave to amend the pleadings should not constitute as an admission that amending the pleadings would not be futile, as the Court would analyze that issue under Rule 15 in the same manner as it would under Rule 12. <u>See</u> <u>City Natl. Specialty Co. v. Ashley Furniture Industries, LLC</u>, No.: 21-CIV.-5521 (EK) (LGD), 2022 WL 2918121, at *5 (E.D.N.Y. July 21, 2022); <u>see also</u> <u>Ricciuti v. N.Y.C. Transit Auth.</u>, 941 F.2d 119, 123 (2d Cir. 1991).

      Accordingly, subject to the foregoing, the Former Owner Defendants have no objection to Plaintiff's motion for leave to amend the complaint and thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
      September 9, 2022                       Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*
*Alexandra Hiaeve*
*Roben Katanov*
*Yuri Yonayev*

**VIA ECF**
LAW OFFICE OF JILLIAN T. WEISS, P.C.
<u>Attn</u>: Jillian T. Weiss, Esq.
226 Prospect Park West, No. 104
Brooklyn, NY 11215
(845) 709-3237 (office)
(845) 684-0160 (facsimile)
jweiss@jtweisslaw.com

**VIA ECF**
Make the Road New York
<u>Attn</u>: Jose Cristobal Gutierrez
9210 Roosevelt Ave
Jackson Heights, NY 11372
(646) 801-6627 (office)
cristobal.gutierrez@maketheroadny.org

**VIA ECF**
Jacobs, P.C.
<u>Attn</u>: Leo Jacobs, Esq.
595 Madison Ave, 39th Floor
New York, NY 10022
(212) 229-0476 (office)
leo@jacobspc.com