UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CALDERON,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROYAL ELITE PALACE CATERERS LLC, ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.<br><br>                    Defendants. | Case No. 1:21-cv-06367 |

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to this Court's Scheduling Order (ECF 49), the Parties report that they have not been able to select a mediator. The parties had selected one, but learned this morning that the mediator had a conflict and could not conduct the mediation. Parties will contact the ADR office for assistance in selection.

Respectfully submitted,

/s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
jweiss@jtweisslaw.com

*Attorney for Plaintiff*

/s/        Adam Sherman, Esq.
Adam Sherman
**JACOBS PC**
450 Lexington Ave. Floor 4
New York, New York
(718) 772-8704
Leo@jacobspc.com

*Attorneys for Defendants Royal Elite Palace Caterers LLC and Aba Cohen*

/s/ Emanuel Kataev, Esq.
Emanuel Kataev
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899
Emanuel@mllaborlaw.com

*Attorneys for Defendants Alexandra Haieve, Yuri Yonayev and Roben Katanov*