**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Alicia Calderon,

*Plaintiff,*

v.

Royal Elite Palace Caterers LLC, et al.,

*Defendants.*

**Case No. 1:21-cv-06367**

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs.

_/s/ *Corinna Svarlien*
Corinna Svarlien
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
(718) 565 8500 ext. 1048
corinna.svarlien @maketheroadny.org
*Co-counsel for Plaintiff*