UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALICIA CALDERON,** **Plaintiff,** v. **ROYAL ELITE PALACE CATERERS LLC, ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.** **Defendants.** | **Case No. 21-cv-6367(EK)(MMH)** **DECLARATION OF JILLIAN T. WEISS IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS** |

I, Jillian T. Weiss, declare as follows, in support of Plaintiff's Motion to Compel Responses from the Royal Defendants:

1. I represent the Plaintiff, Alicia Calderon, in this action.
2. Annexed hereto are true and complete copies of the exhibits to Plaintiff's letter motion, including:
    a. Exhibit 1 - The full text of the specific Requests for Production at issue, together with the responses of Defendants Royal Elite and Aba Cohen.
    b. Exhibit 2 - Deficiency Letter from Jillian Weiss
    c. Exhibit 3 - Response No. 6 in Respondent Responses & Objections to the EEOC's Request for Information
    d. Exhibit 4 - Correspondence with Counsel for Simon Alishaev
    e. Exhibit 5, *Shulepov v. Royal Elite Catering LLC*, ECF No. 68, and ECF No. 84.

Dated: November 8, 2022

/s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
Facsimile: (845) 684-0160
jweiss@jtweisslaw.com

Attorney for Plaintiff