**Subject**: Re: Civil Action No. 1:21-cv-06367- Calderon v. Royal Elite Caterers
**From**: saradja paul <saradja.paul@frostnyc.com>
**To**: Jillian Weiss <jweiss@jtweisslaw.com>
**Cc**: Estee Ward <estee.ward@maketheroadny.org>, Cristobal Gutierrez <cristobal.gutierrez@maketheroadny.org>
**Date Sent**: Thursday, January 13, 2022 1:58:34 PM GMT-05:00
**Date Received**: Thursday, January 13, 2022 1:58:48 PM GMT-05:00
**Attachments**: IRS Acknowledgment of New Officer 093014.pdf,Corp Book & Seal Delivery Ltr 09101409102014.pdf

Good Afternoon:

Your presumption that **6902 Garfield IZ LLC** was incorporated by my client is absolutely false.

I am providing you with a copy of a signed delivery letter in order to alleviate your doubts about the veracity of the fact that Royal Elite Palace Caterers LLC was incorporated by my client in order to maintain control over the name of the tenant, and was transferred to Aba Koiunov as soon as they leased the premises. The attached letter specifically references the fact that Koiunov had requested a change of the name of the officer/member with the IRS and NYS prior to September 10, 2014. The IRS letter reflecting that change is also attached.

We hope that this satisfies your curiosity and that you will agree to discontinue as against my client. There will be no further discussion on this point and, if we do not receive your immediate cooperation, we will file our motion and sanctions as previously warned.

On Wed, Jan 12, 2022 at 2:39 PM Jillian Weiss <jweiss@jtweisslaw.com> wrote:

> Dear Ms. Paul:
>
> Thank you for your email. If your clients have no relationship to this matter, then we would of course agree to discontinue as to them.
>
> While, as you note, we could seek discovery later in the litigation, we seek in good faith to try to determine now the question of potential liability. You mention Rule 11 liability. The standard in this context is whether a reasonable attorney could have concluded that facts supporting the claim might be established, not whether such facts actually had been established. *Schlaifer Nance & Co. v. Estate of Warhol*, 194 F.3d 323, 337 (2d Cir. 1999).
>
> The fact that 6902 Garfield Avenue LLC owns the building is not inconsistent with that entity being involved in the operations of the property. This is supported by information we have suggesting the prior owner, VGF LLC, was an operator of the catering business. 6902 Garfield IZ LLC, presumably incorporated by your clients, given the name, also purports to be the new operator of the catering business. Furthermore, the owners of 6902 Garfield Avenue LLC stated publicly in 2014 that they planned to continue to operate the catering business. Royal Elite Palace Caterers, LLC, was also incorporated by your clients prior to the purchase of the premises for the purpose of running a catering operation. You say they sold Royal Elite Palace Caterers, LLC to Aba Kouinov at some time thereafter, but we have no other information on this point. We reasonably conclude that facts supporting the claim that Royal Elite Palace LLC continued to be operated by your clients might be established.
>
> You have advised that your clients will not provide documentation to back up their claims that they are no more than landlords via a triple net lease, or to show the transfer of the operation from Mr Alishaev to Mr. Koiunov. Therefore, we have no facts suggesting to the contrary. Please let us know if we have understood anything in error.
>
> Jillian T. Weiss
> Law Office of Jillian T. Weiss, P.C.
> 226 Prospect Park West, No. 104
> Brooklyn, New York 11215
> Tel: (845) 709-3237
> Fax: (845) 684-0160

<she/her>

EMAIL NOTICE No implied permission to forward. Employer-provided system data, including smartphones, can be viewed by the employer.

BAR ADMISSIONS Jillian T. Weiss is admitted to practice law in New York and New Jersey only. Statements herein are not intended as legal advice or to create an attorney-client relationship unless and until you and this firm have signed a written retainer agreement.

On Fri, Jan 7, 2022 at 2:11 PM Jillian Weiss <jweiss@jtweisslaw.com> wrote:

> Ms. Paul,
>
> Thank you for your email. We are reviewing the information and will revert to you shortly.
>
> Best,
>
> Jillian
>
> Jillian T. Weiss
> (845) 709-3237
>
> On Thu, Jan 6, 2022 at 12:45 AM saradja paul <saradja.paul@frostnyc.com> wrote:
>
>> Good Morning:
>>
>> Please see below.
>>
>> Our information is that Mr. Alishaev has been a principal of both 6902 Garfield and the Royal Elite catering operation. These entities were incorporated on the same day and shared the same office space.
>>
>> **This is not accurate. Mr. Alishaev created the entity Royal Elite Palace Caterers around July 2014 in order to maintain control over the name of the tenant to whom he would eventually lease his newly acquired wedding hall, always known as "Elite Palace." As soon as the tenant was selected in September 2014, the entity Royal Elite Palace Caterers, which never owned anything and was never used for any purpose whatsoever during its two months in existence, was then transferred to the tenant's principal Avi/Aba Koiunov and Alishaev resigned from the entity. The lease was a triple net lease, where the landlord Alishaev simply collected rent, and all expenses including real estate taxes, maintenance and repairs became the obligation of the tenant.**
>>
>> Mr. Alishaev has at times claimed the "Royal Elite" mark.
>>
>> **This is true. Mr. Alishaev owns a vodka company under the name Classic Liquor Inc. Classic Liquor owns the trademark "Royal Elite," which is the name of it's vodka. Classic Liquor is a totally independent entity with no affiliations whatsoever with the catering hall.**
>>
>> We also understand that Mr. Alishaev was involved in the catering operation, although exactly in what way is unclear, and that he oversaw some operations of the business during Ms. Calderon's employment during 2017 through 2019.

**This is categorically false. In fact your very own statement "<u>although exactly in what way is unclear</u>" speaks volumes about how the plaintiff's claim against Mr. Alishaev is purely a fabrication, and motivated solely by the landlord's deep pockets. Every responsible landlord pays visits from time to time to its tenant to make sure the property is being cared for properly by the tenant. That does not mean he is "overseeing some of the operations of the business."**

If you have information to the contrary, we are pleased to review it. We believe that the leases between 6902 Garfield AvenueLLC and the catering operation during 2017-2019 would shed considerable light on this matter. Perhaps a phone call would be helpful to resolving this issue.

**We are under no obligation to provide you any information. The lease can be subpoenaed in the context of litigation without resorting to filing a frivolous claim against the property owner. It is your job as the attorney to do a proper due diligence before you arbitrarily select someone as a defendant. You cannot sue someone just because you have a hunch that they may have been involved. That is in violation of the Rules of Professional Conduct, specifically** RULE 3.1.
"Non-Meritorious Claims and Contentions
(a) A lawyer shall not bring or defend a proceeding, or assert or controvert an issue therein, unless there is a basis in law and fact for doing so that is not frivolous…"

We respectfully repeat our demand to withdraw your frivolous lawsuits against my client immediately. Should you continue to refuse to do so, we intend to file the necessary motions and ask for sanctions and legal fees.

Please be guided accordingly.

On Wed, Dec 29, 2021 at 12:23 PM Jillian Weiss <jweiss@jtweisslaw.com> wrote:

Dear Ms. Paul,

Thank you for your email. If your clients have no relationship to this matter, then we would of course agree to discontinue as to them.

Our information is that Mr. Alishaev has been a principal of both 6902 Garfield and the Royal Elite catering operation. These entities were incorporated on the same day and shared the same office space. Mr. Alishaev has at times claimed the "Royal Elite" mark. We also understand that Mr. Alishaev was involved in the catering operation, although exactly in what way is unclear, and that he oversaw some operations of the business during Ms. Calderon's employment during 2017 through 2019.

If you have information to the contrary, we are pleased to review it. We believe that the leases between 6902 Garfield Avenue LLC and the catering operation during 2017-2019 would shed considerable light on this matter. Perhaps a phone call would be helpful to resolving this issue.

Best,

Jillian T. Weiss
Law Office of Jillian T. Weiss, P.C.
226 Prospect Park West, No. 104
Brooklyn, New York 11215
Tel: (845) 709-3237
Fax: (845) 684-0160


<she/her>

EMAIL NOTICE No implied permission to forward. Employer-provided system data, including smartphones, can be viewed by the employer.

BAR ADMISSIONS Jillian T. Weiss is admitted to practice law in New York and New Jersey only. Statements herein are not intended as legal advice or to create an attorney-client relationship unless and until you and this firm have signed a written retainer agreement.

On Thu, Dec 23, 2021 at 4:29 PM saradja paul <saradja.paul@frostnyc.com> wrote:

> Good Afternoon:
>
> I represent 6902 Garfield Avenue LLC and Simon Alishaev named as Defendants in the above matter. I am writing to ask that you discontinue this matter against my clients. My clients are simply owners of the building in which the catering company conducted its business. There is no employer-employee relationship between your client and my clients. Further, the catering company signed a triple net lease with my clients in which they agreed to undertake the liabilities associated with the building and its operations. My clients are simply landlords who collect money from the catering company who are their tenants. Please advise if you will be discontinuing this action against my clients. Please be advised that if you will not discontinue the action against my clients I will be filing a motion to dismiss this action against my clients and seeking sanctions for your lack of due diligence.
>
> --
> Best Regards,
>
> Saradja Paul, Esq.
> In-House Counsel---Frost NYC
> 20 W. 47th St. Suite 203
> 917-719-8110
> saradja.paul@frostnyc.com
> frostnyc.com

--
Best Regards,

Saradja Paul, Esq.
In-House Counsel---Frost NYC
20 W. 47th St. Suite 203
917-719-8110
saradja.paul@frostnyc.com
frostnyc.com

--
Best Regards,

Saradja Paul, Esq.
In-House Counsel---Frost NYC
20 W. 47th St. Suite 203
917-719-8110
saradja.paul@frostnyc.com
frostnyc.com

IRS Department of the Treasury
Internal Revenue Service
Cincinnati Service Center
CINCINNATI OH 45999-0046

In reply refer to: 0223260112
Sep. 30, 2014 LTR 3064C 0
47-1265894 000000 00
00015098
BODC: SB

ROYAL ELITE PALACE CATERERS LLC
ABA KOIUNOV MBR
69-02 GARFIELD AVE
WOODSIDE NY 11377

00707

Taxpayer identification number: 47-1265894

Dear Taxpayer:

Thank you for your inquiry dated Aug. 11, 2014.

We have updated our records to include the name and Social Security Number (SSN) of the officer shown above.

The address on your correspondence is different from the address on our records. If there has been a change of address, please fill out a Form 8822-B, sign it and mail it back so we can update our records. An envelope is enclosed for your convenience.

If you need forms, schedules, or publications mentioned in this letter, you can get them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call Entity Team 302 at 859-669-5674 between 7:00 a.m. and 3:00 p.m. EDT.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )________________________ Hours________________

Thank you for your cooperation.

0223260112
Sep. 30, 2014 LTR 3064C 0
47-1265894 000000 00
00015099

ROYAL ELITE PALACE CATERERS LLC
ABA KOIUNOV MBR
69-02 GARFIELD AVE
WOODSIDE NY 11377

Sincerely yours,

Edwin Dean Curry

Edwin Dean Curry, Operations Mgr.
Document Perfection Operations

Enclosure(s):
Copy of this letter

LAW OFFICES OF
**AARON C. AMBALU**
20 WEST 47TH STREET, SUITE 205
NEW YORK, NEW YORK 10036
(212) 997-2445
acaesquire@aol.com

**BY HAND**
September 10, 2014

**Mr. Aba Koiunov**
**& Mr. Roben Katanov**
340 Lexington Avenue
New York, New York 10019

**RE:** **Royal Elite Palace Caterers LLC**
**Incorporated on July 3, 2014**

Gentlemen:

In accordance with your request, I have enclosed herewith a copy of the filing receipt, Certificate of Incorporation, and corporate book and seal for the above-referenced corporation.

You have represented to me that you have filed, via your CPA (Alexandra Hiaeve), the required IRS and NYS forms/notices to change the name of the presiding officer/member from Simon Alishaev to Aba Koiunov and/or Roben Katanov.

Please acknowledge receipt of the corporate seal by signing the duplicate copy of this letter and returning same to me in the enclosed envelope.

Sincerely,

Aaron C. Ambalu

RECEIVED:

By: ______________________
Roben Katanov