# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALICIA CALDERON,

Plaintiff,

-against-

ROYAL ELITE PALACE CATERERS LLC, et al,

Defendants.

21-cv-6367 (EK)(MMH)

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Plaintiff Alicia Calderon provides hereby responses to Interrogatories propounded by Defendants Royal Elite Palace Caterers LLC and Aba Cohen.

1. Please provide a computation of all damages sought in this action, including without limitation, each category of damages as alleged in the Plaintiff's First Amended Complaint.

**<u>RESPONSE</u>**: (1) Backpay: $114,764.27, including three expected pay increases at 3% per annum of $3,157.48. (2) Wage and hour violations, including liquidated damages: $133,556.05 (3) Non-economic losses of mental and emotional pain and loss of enjoyment of life: $150,000
(4) Attorney's fees and costs: To be determined by the trial court after trial (5) Punitive damages: To be determined at trial

2. Please provide a computation by date, hourly rate, and a description of the services rendered, of all of Plaintiff's attorneys' fees incurred in this action.

**<u>RESPONSE:</u>** Plaintiff objects to this interrogatory on the grounds that it is premature.

3. Identify all employers Plaintiff worked for during the time period for which Plaintiff seeks recovery in this action.

AssistCare Home Health Service
2357 60th Street
Brooklyn, NY 11204
718.841.8000

Antonio Nuccio
2815 43rd Street
Astoria, NY 11103
646.302.1845

Boulevard Home Health Care Associates
71-61 159th Street (Lower Level)
Flushing, NY 11365
718-407-2420

4. Identify the name, address, and phone number of any medical provider, including without limitation any medical doctor, physician assistant, nurse, psychotherapist, social worker, psychiatrist, psychologist who examined Plaintiff or treated Plaintiff with respect to the injuries claimed in this action, regardless of whether they are claimed to be physical and/or emotional in Plaintiff's Complaint or Plaintiff's First Amended Complaint.

**RESPONSE:** Plaintiff objects to this interrogatory on the grounds of psychotherapist-patient privilege and relevance. It is also overbroad in that it does not specify a time frame.

5. Please identify, by name, address and phone number, all employment that the Plaintiff sought or obtained since June 21, 2019 to the present.

**RESPONSE:** Plaintiff objects to this interrogatory on the ground that it is duplicative of Interrogatory No. 3.

6. Please identify the factual basis for the allegation that the Plaintiff "sought therapy to help her cope with her ongoing emotional distress," as alleged in Paragraph 195 of her Complaint.

**RESPONSE:** Plaintiff began attending psychotherapy sessions in 2015 or 2016, and has continued to the present.

Dated: November 1, 2022

I, Alicia Calderon, declare under penalty of perjury that the foregoing is true and correct.

Alicia Calderón (Nov 2, 2022 14:51 EDT)

ALICIA CALDERON

DATE

*/s/ Jillian T. Weiss*

Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
Facsimile: (845) 684-0160
jweiss@jtweisslaw.com

*/s Jose Cristobal Gutierrez*

Jose Cristobal Gutierrez
92-10 Roosevelt Ave
Jackson Heights, NY 11372
(646) 801-6627
Cristobal.Gutierrez@MaketheRoadNY.org

*Attorneys for Plaintiff*