# EXHIBIT B

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Alicia Calderon,<br><br>Complainant,<br><br>-against-<br><br>ROYAL ELITE PALACE CATERERS LLC, IGOR TSAN, ALEXANDRA HIAEVE, and ABHI VAYNSHTEYN,<br><br>Respondents. | **CHARGE** |

Complainant Alicia Calderon, by and through her attorneys at Make the Road New York, brings these claims against Respondents Royal Elite Palace Caterers LLC (d/b/a Royal Elite Palace) and individual Igor Tsan, Alexandra Hiaeve, and Abhi Vaynshteyn (collectively "Respondents"), for discrimination on the basis of sex, gender identity, and gender expression, including claims of harassment, sex stereotyping, and hostile environment, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; and analogous state and local laws, including the New York State Human Rights Law, N.Y. Exec. Law § 296; and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107 *et seq.* Royal Elite Palace is an employer with over fifteen employees, and is therefore covered by applicable federal laws.

1. **Complainant**: Alicia Calderon

   Address: c/o Estee Ward
   Make the Road New York
   92-10 Roosevelt Ave
   Jackson Heights, NY 11372

   Telephone: (929) 990-1057

2. **Respondents**: Royal Elite Palace Caterers LLC (d/b/a Royal Elite Palace) and its Owners Igor Tsan, Alexandra Hiaeve, and Abhi Vaynshteyn.

   Address: c/o Emanuel Kataev
   Milman Labuda Law Group PLLC
   3000 Marcus Avenue, Suite 3W8

Lake Success, NY 11042-1073

Telephone: (516) 328-8899

3. **Description of Violations**: Ms. Calderon seeks redress for Respondents' unlawful and discriminatory treatment of her on the basis of her sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; and analogous state and local laws, including the New York State Human Rights Law, N.Y. Exec. Law § 296; and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107 *et seq.* Respondent Royal Elite Palace Caterers LLC (d/b/a Royal Elite Palace) is a for-profit catering company with its principal place of business in Queens, New York, where it provides food and a large event space for weddings and other private gatherings. Respondents Igor Tsan, Alexandra Hiaeve, and Abhi Vaynshteyn, all operate, own or manage the day-to-day business of Royal Elite Palace.

   Complainant Alicia Calderon is a 26-year old transgender woman of Latin American descent. For two and a half years, as a cook for Respondent Royal Elite Palace, Calderon was subjected to regular verbal, physical and sexual abuse and harassment by her coworkers based on her sex, gender identity and gender expression. On an almost daily basis, Calderon was subjected to obscene name-calling such as bitch, whore, fag, or the "very ugly" one; vulgar comments shaming her for presenting as a woman; assault and other threats of physical violence by a coworker based on sex-stereotypes that "if you are a man, you're a man, and if you're a woman, you're a woman;" regular groping of Calderon's breasts, arms, and buttocks; repeated unsolicited advances by a coworker demanding when she would have sex with him; and other obscene incidents. Calderon reported the harassment she suffered on multiple occasions to her supervisor, Shalom Dezoraiev, and on at least two occasions to Respondents Tsan, Hiaeve, and Vaynshteyn as managers and part-owners of Royal Elite Palace. Upon information and belief, Respondents never documented, investigated, discipline, or take any other action to address the incidents Calderon reported. On three separate occasions, Calderon went so far as to call the police for her protection. She was ultimately terminated after notifying her supervisor that she would be filing a legal complaint if Respondents and her then supervisor refused to protect her from the harassment she had endured.

4. **Dates of Violations**: Respondents discriminated against Ms. Calderon on the basis of her sex, gender identity, and gender expression from approximately the beginning of 2017 to on or around her termination on June 21, 2019.

## FACTS

*Introduction*

1. This is an egregious case of sex discrimination. For nearly two and a half years as an employee of Royal Elite Palace, Complainant Alicia Calderon suffered an unbearably hostile environment on the basis of her sex, gender identity, and gender expression. In spite of her recurrent pleas for Respondents to address the ongoing verbal and physical harassment she experienced, Respondents denied her protection and ultimately terminated her after reporting a particularly egregious incident and asserting her rights under federal, state, and local law. Calderon seeks damages to redress Respondents' unlawful and discriminatory treatment on the basis of sex, gender identity, and gender expression, amounting to claims of hostile environment, sexual harassment, and sex stereotyping in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* and parallel state and local laws.

2. From the start of 2017 through the summer of 2019, while Ms. Calderon was an employee, Royal Elite Palace (1) failed to protect her from almost-daily verbal and physical harassment on the basis of sex and sex-stereotyping, as well as sexual harassment amounting to a hostile work environment on the basis of sex, gender identity and gender expression. Respondents also (2) retaliated against her after reporting a particularly egregious incident to her supervisor and asserting her rights to a workplace free of sex discrimination under federal, state, and local laws.

*The Parties*

3. Calderon is a 26-year-old transgender woman of Latin American descent. From the summer of 2013 up to on or around June 21, 2019, Calderon worked as a cook in the kosher kitchen of Royal Elite Palace, a catering company and event space for weddings and other large gatherings. She currently lives in Jackson Heights, New York, with her husband.

4. Respondent Royal Elite Palace Caterers LLC (d/b/a Royal Elite Palace) is a for-profit catering company that provides food and an event space for weddings and other large gatherings in New York City. It employs fifteen or more employees, all of whom are hired to work either in one of two kitchens—the kosher kitchen or the regular kitchen—or as hosts, servers, or bussers in Royal Elite Palace's event space. Royal Elite Palace is a corporation registered with the State of New York, whose principle place of business is located at 69-02 Garfield Avenue, Woodside, New York 11377. Respondent's address for service of process is c/o Emanuel Kataev, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1072.

5. Upon information and belief, Respondent Abhi Vaynshteyn is an owner of Royal Elite Palace and oversee operations of its event space. Respondent Vaynshteyn's address for service of process is c/o Emanuel Kataev, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1072.

6. Upon information and belief, Respondent Alexandra Hiaeve is employed by Royal Elite Palace as Accountant and manages the company's finances. Respondent Hiaeve's address for service of process is c/o Emanuel Kataev, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1072.

7. Upon information and belief, Respondent Igor Tsan is an owner of Royal Elite Palace. Respondent Tsan's address for service of process is c/o Emanuel Kataev, 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1072.

8. At all times relevant to this complaint, Shalom Dezoraiev was employed by Royal Elite Palace as head chef of the event space's kosher kitchen, where he directly supervised Calderon.

9. At all relevant times, Jose Ariza ("Ariza") was also employed as a cook in the kosher kitchen and worked on a daily basis with Calderon. Upon information and belief, Ariza continues to work for Respondents at Royal Elite Palace.

***Complainant's Job Duties, Hours, & Pay***

10. From 2013 to on or around June 21, 2019, Calderon worked long hours as a cook at Royal Elite Palace. For the entirety of her employment she was supervised by Shalom Dezoraiev, who oversaw all food preparation and production in the company's kosher kitchen where Calderon worked. Much of her work was labor intensive, such as lifting and carrying large pots or platters of food for preparation, manning an industrial slicing machine for cutting meat, or transferring boxes of food and other heavy items from one part of the kitchen to the other. She was also regularly tasked with cleaning the kitchen each day to prepare for the next day or work.

11. Throughout Calderon's employment, her supervisor Dezoraiev regularly told her that she was an excellent employee and that he was grateful for the quality and care of her work. He often praised her for her cooking skills and made positive comments about the dishes she prepared for Royal Elite Palace's clients.

12. When Calderon was hired by Respondents in 2013, she earned only $10 per hour with no overtime pay and worked as many as seventy-five hours pers week. For the entirety of her employment she worked six days a week, from Sunday through Friday. Up until the beginning of 2019, she arrived to work between 8am and 10am and left between 7pm and 11pm each day, depending on her assigned schedule. Often, she was asked to stay later than her scheduled shift. At the end of 2015, she asked for a salary raise and began earning $16 per hour with the same schedule. At the beginning of 2019, she began earning $17 per hour and worked only 10am to 6pm each day, which she maintained up until she was fired in the summer of that year.

***Complainant Suffered a Hostile Work Environment Based on Sex-Stereotyping***

13. In January or February 2017, Calderon began adjusting her gender expression to match with her gender identity, a process commonly known as "transitioning." During this period, Calderon began growing out her hair as well as wearing makeup and more feminine clothing to work every day. Calderon did not explain or formally announce these changes in her appearance to her coworkers or supervisor. She believed that her transition, as well as what she wore to work and how she chose to present herself, was a personal choice that would not interfere with her ability to carry out her work.

14. Many coworkers noticed the gradual changes in Calderon's appearance and began making disapproving comments to her or gossiping about her among other coworkers. Calderon frequently observed her coworkers staring at her while she worked. One day soon after she had begun the transition process, Dezoraiev pulled her into his office to tell her that some of her coworkers had been talking about her new "look," which Calderon took to mean her decision to express herself as a woman. Calderon responded, "this is my decision. I live for myself and no one else" or words to that effect. She explained that her choices in how she presented herself were personal decisions and need not inhibit her ability to complete her work.

15. Around this same time, Calderon's coworker, José Ariza, started regularly interrogating Calderon as to why she would want to wear makeup or grow out her hair and often made belittling comments to her in front of other coworkers. Each time, Calderon responded, "Porque tiene que cambiar. Esta es mi decisión, y a ti no te importa mi decisión" (in English, "Because I have to change [my expression]. This is my decision, and my decision shouldn't mean anything to you") or words to that effect. Though she tried not to show it, Ariza's comments made her feel extremely uncomfortable.

16. At some point, Ariza began recruiting other male coworkers to join him in openly mocking Calderon after her appearance. These coworkers included Armando, Mario, Silvino, and




Doc ID: 672b8bab35dcaf3f702de1e5819fc48e4afa46a5

Marcos (last names unknown), among others. Calderon often observed Ariza approaching these coworkers and speaking to them in a loud voice about what she was wearing that day so that everyone could hear. He would then encourage these coworkers to join him in laughing at or taunting her. At other times, Ariza and these coworkers huddled together in an area not far from where Calderon was working and snickered about her clothes or makeup, or pointed at her in a jeering manner.

17. Ariza and other male coworkers continued to bully Calderon about her appearance on a regular basis for the remainder of her employment at Royal Elite Palace. Their comments and jeering looks made her feel extremely anxious at work, such that she avoided being in the same area as Ariza and the other male workers who joined him in harassing her. She also began wearing headphones at work so that she could listen to music in an attempt to drown out their comments or name-calling and carry out her work in peace.

18. Sometimes, when Calderon appeared not to hear their comments, Ariza would leave the group and approach Calderon on his own, get right up into her face and tell her that she was not acting as a man should act, or that it was absurd for her to act as a woman, because "if you are a man you're a man, and if you're a woman you're a woman" or words to that effect. Sometimes, he demanded an answer from her as to why she wanted to be a woman, and she would simply say, "Me estoy cambiando para mi, para complacerme" (in English, "I'm transitioning for me, to make me feel good") or words to that effect.

19. By the summer of 2017, Ariza's comments were so frequent and aggressive that Calderon began fearing for her safety at work. On an almost daily basis, Ariza would call her vulgar names from across the kitchen so that everyone else could hear. He would often go out of his way to pass by her in the kitchen so that he could call her a "puta" (in English, "bitch") or "maricón" (in English, "fag"), or tell her that she was "muy fea" (in English, "very ugly"), or that she and other transwomen were all whores who "les gusta dar en prostitucion en las calles de Jackson Heights" (in English, "want to prostitute themselves out on the streets of Jackson Heights") or words to that effect.

20. On numerous occasions, Calderon spoke with Dezoraiev about the constant verbal abuse she faced at work. Dezoraiev was almost always in the kosher kitchen directly supervising the work and thus, upon information and belief, witnessed or was aware of the harassment that Calderon suffered even before she spoke with him.

21. Nevertheless, the derogatory insults and name calling Calderon suffered continued up until the end of her employment at Royal Elite Palace.

***Complainant Suffered Sexual Harassment & a Sexually Hostile Work Environment***

22. Ariza began physically harassing Calderon around when she decided to start wearing a brassiere to work. One day at the end of her shift, after most of the other coworkers had left, Ariza approached her while she was pulling a tray out of the kitchen oven and groped her breast while commenting mockingly, "que tu tienes allí?" (in English, "what do you have there?"). Calderon immediately pulled away in shock and screamed, "¡déjame! ¡No me toque o te voy a echar!" (in English, "Leave me alone! Don't touch me, or I'll throw this on you!"), referring to the hot tray in her hands.

23. Calderon was so scared that she immediately stopped what she was doing, ran to the bathroom and locked herself inside. Once safely inside the bathroom, she took deep long breaths in an attempt to calm herself but could not stop thinking about how Ariza had touched her and how humiliated she felt because of it. After waiting for some time to ensure Ariza had left for the day, she left the bathroom to speak with Dezoraiev about what had happened and ask for his support.

24. However, when Calderon told Dezoraiev about how Ariza had groped her and how upset she was, Dezoraiev did not take her complaints seriously. Rather, he merely told her not to "make this an issue" and joked that "Ariza just wants to have sex with you" or words to that effect.

25. Dezoraiev's cavalier response to her request for help made Calderon feel incredibly scared and vulnerable. Furthermore, his comment about Ariza wanting to sleep with her made her feel as though she was partially responsible for Ariza's offensive behavior towards her. This comment and his apparent unwillingness to protect her made her upset and depressed.

26. From this point onward, Ariza regularly grabbed or attempted to grab Caleron's body while making sexualized comments about her breasts or other body parts in front of other coworkers. Ariza would often approach Calderon from behind and roughly grab her arms or breasts while telling other coworkers about "how large they are"—referring to Ms. Calderon's breasts—or asking her derisively when she would have sex with him.

27. Ariza also sought out Calderon when she was working alone and make unsolicited sexual advances in private. Three to five times per week, he would approach her and say in a low voice, "veme, podemos ir a mi casa" (in English, "Look, we can go to my house") or ask, "cuando va a tener sexo conmigo" (in English, "when are you going to have sex with me") or words to that effect. Calderon would always reply, "respetame," (in English, "respect me") or words to that effect, and quickly turn away from him or walk away. This did not

dissuade Ariza from approaching her when she was alone at work and sexually propositioning her.

28. Once in the fall of 2018, Ariza followed Calderon into the kitchen freezer and attempted to trap her with his body and grope her buttocks, arms and breasts. After realizing what was happening, Calderon threw up her arms to protect herself and yelled, "Don't touch me or I'm going to scream," after which she managed to escape from his grip and run back to the front of the kitchen where others were working.

29. When Calderon rejected Ariza's advances, he would become angry and call her "gay," and tell her, "gracias a dios estamos en este país. Porque si estuvieras en mi país, te mataria" (in English, "Thank God you are in the U.S. if you were in my country, I would kill you"). These threats made Calderon very afraid. Ariza regularly worked with knives in the kitchen and often came to work intoxicated. Calderon feared that one day Ariza would stab her with a knife or otherwise hurt her.

30. Ariza's sexual advances towards Calderon left her feeling depressed and disgusted. She also began living in fear that one day Ariza might rape, hurt, or even kill her. She regularly left work in total despair, wishing that Respondents would take action to make the harassment stop so that she could work in peace.

***Complainant Suffered Physical Abuse Amounting to Hostile Work Environment Based on Sex***

31. From the fall of 2017 to when she was fired in the summer of 2019, Calderon was repeatedly subject to physical harassment and bodily threats that made her work intolerable.

32. Once, Ariza approached her yelling "quitase esa puta" (in English, "get out, you bitch"), and without warning grabbed a pot of water that had been boiling on the stove in the kitchen and threw it at her, scalding her thighs. Calderon reported the incident to Dezoraiev immediately thereafter, but he refused to write up an official report. He simply told her to take the rest of the day off to recover. Exasperated and in pain, Calderon left her shift as directed and came back to work the next day. She does not know whether Dezoraiev ever spoke to or disciplined Ariza for intentionally injuring her at work that day.

33. On three separate occasions, Calderon was so frightened by Ariza's behavior toward her that she felt she had no choice but to call the police for help.

34. In the fall of 2017, Calderon called the police after Ariza called her disgusting names and threatened to hit her in front of the other kitchen staff. Calderon had been working silently

in one area of the kitchen with her headphones in so that she could listen to music. At some point, Ariza walked over to her and began gesturing at Calderon's outfit and face. Calderon could not hear exactly what Ariza was saying, but it was clear that he was making derogatory comments about her appearance. Ariza continued to get closer to Calderon and make loud, vulgar remarks until he was within inches of her face, at which point he made a fist as if to hit her. Calderon was so frightened that she ran to the bathroom and locked herself inside, where she called 911 and asked that the police be sent to Royal Elite Palace.

35. When the police arrived, Respondents did not allow the police to enter the premise or speak to Ariza. Upon information and belief, Ariza had been instructed to hide or asked to leave the premises so as not to create further issues with the police. The police provided Calderon the address of the local police precinct in case she wanted to file a formal police complaint. Calderon did not file a formal complaint at that time, as she believed that calling the police would sufficiently deter Ariza from harassing her further.

36. Nevertheless, a few months after this incident, Calderon was forced to call the police again after Ariza roughly grabbed her by the collar of her shirt and apron. Calderon was preparing salad with a few other women coworkers and Ariza was working at a table close by. Calderon and the other women coworkers were talking and laughing while they worked. At some point, Ariza approached Calderon looking visibly upset, accused her of laughing at him, and pulled her to him by her apron and shirt. When Calderon insisted that she and the other women were not talking about him but simply laughing together as friends, "como mujeres" (in English, "as women"), Ariza replied, "tu no eres una mujer, eres un maricon," (in English, "you are not a woman, you are a fag.") or words to that effect. At some point, one of the women intervened and told Ariza to let Calderon go.

37. Calderon immediately left Royal Elite Palace and went to a laundromat close by, where she called 911 and requested that the police come to her workplace. She remained at the laundromat until the police arrived, at which point she came back to Royal Elite Palace to report to them what had happened to her. The police then asked to speak with Ariza, but upon information and belief, Dezoraiev had told Ariza to leave work before the police arrived.

38. Calderon later spoke with Dezoraiev about the incident and how Ariza had grabbed her and yelled obscene things at her. Dezoraiev merely replied that it merely seemed like there was "something personal" between them or words to that effect. Calderon made it clear that it was not personal, that she had never done anything to invite Ariza's behavior and that she wanted Dezoraiev to do something to protect her.

39. The last time Calderon called the police was on or around the last day of her employment, after Ariza called her a bitch and a whore and started throwing nearby items at her. Calderon was cutting up meat on a slicing machine when, at some point, Ariza started taunting her, telling her "era tan me creia demasiado" (in English, "this is unbelievable") or words to that effect, and calling her names like "prostituta" and describing her as "muy fea." At some point, Ariza yelled "de que perra" (in English, "what a bitch"), and without warning threw a glass bottle and a cup in Calderon's direction. Again, Calderon called 911 and asked that the police come to her workplace, after which the police arrived and spoke with both her and Ariza. Afterward, the police gave Calderon gave her an incident information slip with the local precinct listed, the company's address and a description of what had happened.

40. Calderon was very upset and could not stop crying. She approached Dezoraiev after her shift had ended to tell him that she could not endure the harassment any longer and that he or Respondents needed to do something to help her or she would have no choice but to file a claim against him and the company. At this point, Dezoraiev became visibly angry and told her to leave immediately and not come back, effectively terminating her employment with Respondents.

***Respondents Deny Protection from Discriminatory Harassment and Hostile Work Environment***

41. From the beginning of 2017, when the harassment started, up until Calderon's firing two and a half years later, Calderon complained to Dezoraiev on numerous occasions about the persistent harassment she endured, and that the conditions of her work had become intolerable. Dezoraiev was regularly a witness to or was otherwise made aware of the Ariza's behavior and yet did nothing to either discipline Ariza or protect Calderon from further harassment.

42. Calderon also spoke directly with management at Royal Elite Palace on at least two occasions. On the first occasion, she spoke with Respondents Vaynshteyn and Hiaeve about the relentless harassment she was facing and Dezoraiev's inability to address the situation. She also asked that they take action themselves to stop Ariza's behavior. Respondent Vaynshteyn told her that she had to speak with Dezoraiev and resolve the issue with him directly. Calderon said, "Shalom [Dezoraiev] is your employee, but I am your employee too, and this is your company. You pay me my checks, not him," or words to that effect. Vaynshteyn continued to insist that she speak with Dezoraiev directly.

43. On the second occasion, Calderon met with Respondents Igor Tsan ("Tsan"), Vaynshteyn, Roma (last name unknown), and Yura (last name unknown) and notified them as to Ariza's behavior and Dezoraiev's unwillingness to protect her. During this meeting, she made it

clear to them that she "has rights like everyone else," or words to that effect. At this meeting, Respondents openly acknowledged that Ariza was harassing Calderon but told her that "there is nothing we can do to stop him" or words to that effect.

44. Upon information and belief, none of the Respondents investigated, made a report of, or otherwise took action regarding the complaints Calderon made to them and her supervisor Dezoraiev. Respondents likewise never provided Calderon with information on how to formally make a complaint or report other instances of harassment in the workplace.

*Complainant Suffered*

45. Calderon has suffered significant emotional distress as a result of being verbally, physically, and sexually harassed for two and a half years, and then wrongfully terminated from her employment for merely asking for protections to which she is entitled under federal, state, and local laws.

46. Immediately after her termination on or around June 21, 2019, Calderon fell into a deep depression. For weeks, she was unable to leave her house, and on some days could not even get out of bed.

47. During this time, she found it extremely difficult to find new employment or even carry out day-to-day household tasks.

48. At some point, Calderon began seeking therapy to help her cope with her ongoing emotional distress.

49. Calderon continues to suffer extreme emotional distress as a result of the verbal and physical harassment she suffered as an employee at Royal Elite Palace.

*Conclusion*

50. Respondents discriminated against Calderon on the basis of her sex, gender identity, and gender expression, by creating a hostile workplace in which Calderon became the target of incessant sexual harassment, including a barrage of sexual comments, sexual assaults and advances, and offensive comments based on sex and sex stereotypes. Respondents furthermore failed to put an end to this harassment even after Calderon complained to her supervisor and the owners of Royal Elite Palace and asked repeatedly for their help in putting to an end the abuse and harassment she was facing.

51. Through this charge and legal action, Calderon seeks all injunctive, equitable, legal, monetary, punitive, and/or other forms of relief or damages that are available under Title VII and the state and local statutes identified above.

**VERIFICATION**

I, Alicia Calderon, swear under the penalty of perjury that the above has been read to me in Spanish. I know the contents thereof; the same is true and correct, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, I believe them to be true.

Dated: April 14, 2020
Jackson Heights, NY

By: Alicia Calderon
Alicia Calderon

Sworn to before me this 14
day of April 2020

[signature]
Notary Public

Estee L. Ward
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02WA6382806
Qualified in Queens County
Commission Expires 11/5/2022

MAKE THE ROAD NEW YORK

By: [signature]
Estee Ward
92-10 Roosevelt Avenue
Jackson Heights, New York 11372
(515) 868-8500 ext.4411

*Counsel for Claimant*

Equal Employment Opportunity Commission
New York District Office
Received 4/15/2020


**TRANSLATOR CERTIFICATION**

I, Estee Ward, certify that I am fluent in both Spanish and English and that I have correctly and accurately translated this document from English to Spanish to Alicia Calderon, and that the above name person has assured me that she understands this document.

Estee L. Ward
Name

[signature]
Signature

04/14/2020
Date