Law Office of Jillian T. Weiss, P.C.
Attorney at Law
226 Prospect Park West, No. 104
Brooklyn, New York 11215
------------
(845) 709-3237
FAX: (845) 684-0160
jweiss@jtweisslaw.com
Incorporated in New York
Admitted New York and New Jersey Only

November 16, 2022

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Plaintiff's Request for Leave to File Reply in Support of Plaintiff's Motion to Compel Proper Answers to Responses to Requests for Production against Defendant Royal Elite Palace, LLC and Aba Cohen.**
**Calderon v. Royal Elite Palace LLC, et al., No. 1:21-cv-6367 (EK) (MMH)**

Dear Judge Henry,

Pursuant to Your Honor's Individual Rules § V.B.1(c)., Plaintiff Alicia Calderon hereby requests leave to file a two page reply in support of her motion to compel responses to Plaintiff's requests for production. The proposed reply would address the allegations of Defendants Royal Elite Palace LLC and Aba Cohen that the parties did not meet and confer regarding the issues raised by Plaintiff in her motion. The reply would provide email, calendar entries, and notes showing that the parties conferred by telephone on two occasions, should the Court feel that this information would be useful to the Court.

Respectfully submitted,

s/ Jillian T. Weiss
Attorney for Plaintiff Alicia Calderon