JACOBS P.C.
NEW YORK BUSINESS ATTORNEYS

November 16, 2022

**Via ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

**Re:** ***Alicia Calderon v. Royal Elite Palace Caterers LLC et al.*, 21-cv-6367 (E.D.N.Y.) (EK) (MMH)**

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**

Dear Judge Henry:

We represent Defendants Royal Elite Palace Caterers LLC and Aba Cohen (together, the "Defendants") in the above-referenced action. We submit this letter to oppose Plaintiff's request under Your Honor's Individual Rules § V(B)(1)(c) to file a "two page" reply.

First, the information Plaintiff requests to include in her reply should have been submitted in the initial letter motion affirming compliance with her meet and confer obligations pursuant to Your Honor's Individual Rules § V(B)(1)(a). Ms. Weiss fails to address why these purportedly "relevant" documents were not submitted earlier.

Second, Your Honor's Individual Rules § V(B)(1)(a) requires that the parties "make a good faith effort to resolve disputes **by contemporaneous means (i.e. telephone, video conference, and/or in person)**" (emphasis added). Plaintiff's request seeks to introduce emails, calendar entries, and notes – **not** evidence of **contemporaneous** discussions since the July 2022 meet and confer, or after the August 10, 2022 initial conference where Your Honor directed the parties to meet and confer prior to making discovery motions. *See* ECF 65.

Third, Your Honor's Individual Rules § V(B)(1)(b) limits discovery motions to three pages; yet, Plaintiff seemingly attempted to circumvent this rule by removing spaces between paragraphs and decreasing the font size, thus hindering the readability of the document. It is very likely that Plaintiff will do the same thing in her "two page" reply.

Therefore, Plaintiff's request should be denied.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Adam Sherman
Adam Sherman

cc: All counsel of record (via ECF)