**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALICIA CALDERON,

Plaintiff,

v.

ROYAL ELITE PALACE CATERERS LLC, ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.

Defendants.

**Case No. 1:21-cv-06367**

**JOINT STATUS REPORT REGARDING MEDIATION**

The Parties report that this matter was settled in principle in mediation. The Parties are working together to draft a settlement agreement. The Parties anticipate that this Action will be dismissed within the next thirty days.

Respectfully submitted,

/s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
jweiss@jtweisslaw.com

*Attorney for Plaintiff*

/s/ Adam Sherman, Esq.
Adam Sherman
**JACOBS PC**
450 Lexington Ave. Floor 4
New York, New York
(718) 772-8704
Leo@jacobspc.com

*Attorneys for Defendants Royal Elite Palace Caterers LLC and Aba Cohen*

/s/ Emanuel Kataev, Esq.
Emanuel Kataev
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899
Emanuel@mllaborlaw.com

*Attorney for Defendants Alexandra Haieve, Yuri Yonayev and Roben Katanov*

DRAFT