**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALICIA CALDERON,

Plaintiff,

v.

ROYAL ELITE PALACE CATERERS LLC, ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.

Defendants.

**Case No. 1:21-cv-06367**

# JOINT STATUS REPORT

Pursuant to this Court's Order of December 28, 2022, the Parties report that they are continuing to discuss final settlement drafts. The parties anticipate that the settlement documents will be signed within 30 days. The parties will submit to the Court for *Cheeks* review the portion of the settlement attributable to Plaintiff's FLSA claim.

Respectfully submitted,

January 30, 2023

/s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
jweiss@jtweisslaw.com

*Attorney for Plaintiff*

/s/ Adam Sherman, Esq.
Adam Sherman
**JACOBS PC**
595 Madison Avenue, 39th Floor
New York, New York
(212) 229-0476
Leo@jacobspc.com

*Attorneys for Defendants Royal Elite Palace Caterers LLC and Aba Cohen*

/s/ Emanuel Kataev
Emanuel Kataev
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899
Emmanuel@mllaborlaw.com

*Attorney for Defendants Alexandra Haieve, Yuri Yonayev and Roben Katanov*