**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALICIA CALDERON,

Plaintiff,

v.

ROYAL ELITE PALACE CATERERS LLC, ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.

Defendants.

**Case No. 1:21-cv-06367**

**JOINT STATUS REPORT REGARDING MEDIATION**

As previously reported in the Parties' January 30, 2023 Joint Status Report, the matter was settled in principle through mediation in November 2022. The Parties have been working to draft a settlement agreement, but have not been able to finalize an agreement. Plaintiff attributes this to unreasonable delay by Defendants. Defendants take strong exception to Plaintiff's charge of delay. The Parties hope to submit a signed agreement for the Court's review as soon as possible, and request the Court's assistance and an additional two weeks to finalize and execute an agreement.

Respectfully submitted,

/s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
jweiss@jtweisslaw.com

*Attorney for Plaintiff*

/s/ Corinna Svarlien
Corinna Svarlien
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
Telephone: (917) 397-0752
Corinna.svarlien@maketheroadny.org

*Attorney for Plaintiff*

/s/ Emanuel Kataev, Esq.
Emanuel Kataev
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8 Lake
Success, NY 11042-1073 (516)328-8899
Emanuel@mllaborlaw.com
*Attorney for Defendants Alexandra Haieve, Yuri Yonayev and Roben Katanov*

/s/ Adam Sherman, Esq.
Adam Sherman
**JACOBS PC**
450 Lexington Ave. Floor 4
New York, New York
(718)772-8704
Leo@jacobspc.com
*Attorneys for Defendants Royal Elite Palace Caterers LLC and Aba Cohen*