March 14, 2023

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Calderon v. Royal Elite Palace LLC, et al., No. 1:21-cv-6367 (EK)(MMH)**

Dear Judge Henry,

On March 2, 2023, the parties submitted a Joint Status Report stating that we had settled in principle through mediation in November 2022, but had not yet finalized a settlement agreement. On March 6, 2023 Your Honor issued an order stating that if the Parties did not submit a motion for settlement approval by March 15, 2023 that the Court would issue a scheduling order for a status conference. We write to notify Your Honor that the Parties have not been able to finalize an agreement and are unable to submit a motion for settlement approval at this time. Therefore we respectfully request that Your Honor schedule a conference to assist the Parties in finalizing a settlement agreement.

Respectfully submitted,

/s/ Corinna Svarlien
Corinna Svarlien
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
Telephone: (917) 397-0752
Corinna.svarlien@maketheroad
ny.org

*Attorney for Plaintiff*

*/s/ Cristobal Gutierrez*
Cristobal Gutierrez
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
Telephone: (718) 565-8500 ext. 4461
Cristobal.gutierrez@maketheroadny.org

*Attorney for Plaintiff*

/s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, No 104
Brooklyn, New York 11215
Telephone: (845) 709-3237
jweiss@jtweisslaw.com

*Attorney for Plaintiff*