JACOBS P.C.
BUSINESS & BANKRUPTCY ATTORNEYS

595 Madison Avenue, FL 39
New York, New York 10022

**O:** 212-229-0476
**F:** 212-229-9015
**E:** info@jacobspc.com

www.JacobsPC.com

***Managing Partner***
Leo Jacobs*

***Associates***
Adam Sherman
Aaron Slavutin
Eduard Kushmakov

* -Ilevu Yakubov

***Senior Partner***
Mitchell G. Mandell

***Senior Counsel***
Lewis Fischbein
Wayne Greenwald

***Of Counsel***
Laura Brandt

April 3, 2023

**Via ECF**
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

**Re:** ***Calderon v Royal Elite Place Caterers, LLC, et al.***
**Case No. 1:21-cv-06367-EK-MMH**

**Letter Request for Adjournment of April 6, 2023 Conference**

Dear Hon. Henry:

Our office represents Defendants Royal Elite Palace Caterers, LLC and Aba Cohen in the above-referenced action. We respectfully submit this joint letter to request an adjournment of the April 6, 2023 Conference in light of the Passover holiday so as not to conflict with Counsel's nor Defendants' religious observance. Further, the parties have resolved the payment plan issue and are finalizing an agreement. In light of same, we also jointly request that the rescheduled conference be a telephone conference for counsel instead of an in-person conference with all parties.

We propose Monday, April 17, 2023 for a telephonic conference for Your Honor's consideration. This is the first request for a conference adjournment, and will not affect any other scheduled court appearance or deadline.

We thank Your Honor for your time and consideration.

Respectfully submitted,

/s/ Eduard Kushmakov
Eduard Kushmakov, Esq.

cc: all counsel of record (via ECF)