**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALICIA CALDERON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROYAL ELITE PALACE CATERERS LLC, ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA KOLNOV a/k/a ABA KOIUNOV, ROBEN KATANOV, and YURI YONAYEV.**<br><br>**Defendant,** | **Case No. 1:21-cv-06367** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective March 28, 2023, the Law Office of Jillian T. Weiss P.C. will change address as follows:

**<u>OLD</u>:**
Law Office of Jillian T. Weiss, P.C.
226 Prospect Park West, No. 104
Brooklyn, NY 11215

**<u>NEW</u>:**
Law Office of Jillian T. Weiss, P.C.
242 Main Street
Beacon, NY 12508

The email address, telephone number and fax number will remain the same.

Dated: April 14, 2023

Jillian T. Weiss
Law Office of Jillian T. Weiss, P.C.
242 Main Street
Beacon, NY 12508
(845) 709-3237
Fax: (845) 684-0160
Email: jweiss@jtweisslaw.com

*Counsel for* ***ALICIA CALDERON***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, the foregoing document was filed with the Clerk of the Court via this Court's CM/ECF electronic filing system, and served on all counsel of record registered to receive electronic notice. Those not registered to receive such notice were served via regular first class mail.

*/s/ Jillian T. Weiss*

Jillian T. Weiss
Law Office of Jillian T. Weiss, P.C.
242 Main Street
Beacon, NY 12508
(845) 709-3237
Fax: (845) 684-0160
Email: jweiss@jtweisslaw.com

*Counsel for* ***ALICIA CALDERON***