# ACUERDO DE SOLUCIÓN

Este es un Acuerdo de conciliación (en adelante, el "Acuerdo") entre Royal Elite Palace Caterers LLC (el "Demandado corporativo" o "Royal"), Alexandra Hiaeve ("Hiaeve"), Aba Cohen a/k/a Aba Kolnov a/ k / a Aba Koiunov ("Cohen"), Roben Katanov ("Katanov") y Yuri Yonayev ("Yonayev") (Hiaeve, Cohen, Katanov y Yonayev, en lo sucesivo, colectivamente, los "Demandados individuales") (el Demandado corporativo y los Demandados individuales colectivamente en adelante los “Demandados”), por un lado, y Alicia Calderón (“Calderón”), por el otro. Los Demandados y Calderón pueden ser denominados cada uno como una "Parte" o juntos, denominados en el presente como las "Partes".

**POR CUANTO,** Calderón alega que ella fue empleada por cada uno de los Demandados;

**POR CUANTO,** Calderón alega que fue despedida de su empleo con los Demandados el 21 de junio de 2019 o alrededor de esa fecha;

**POR CUANTO,** surgió una disputa entre las Partes con respecto a la relación laboral de Calderón con los Demandados;

**POR CUANTO ,** Calderón inició un caso contra los Demandados en el Tribunal de Distrito de los Estados Unidos para el Distrito Este de Nueva York, Caso No.: 1:21-cv-6367 (EK) (MMH) (en adelante, la “Demanda”);

**POR CUANTO ,** las Partes llevaron a cabo una mediación el 14 de noviembre de 2022 y llegaron a un acuerdo en principio;

**CONSIDERANDO que** , por cuestiones de privacidad, las partes acordaron dividir su acuerdo de conciliación, uno sobre los reclamos de discriminación de Calderón y otro sobre las violaciones de salarios y horarios, ambos presentados ante el Tribunal, y;

**POR CUANTO ,** los Demandados y Calderón desean resolver total y finalmente todas las diferencias entre ellos como resultado del acuerdo alcanzado en la mediación.

**POR LO TANTO,** en consideración de las promesas mutuas de las Partes, cuya recepción y suficiencia las Partes reconocen por el presente, las Partes con la intención de obligarse, acuerdan lo siguiente:

1. **No Admisión.** Este Acuerdo se celebra mutuamente para evitar los costos, la incertidumbre y la vejación de los litigios. Los términos establecidos en este Acuerdo son una solución de compromiso de reclamos en disputa, cuya validez, existencia o ocurrencia es disputada expresamente por las Partes. Este Acuerdo no será evidencia admisible en ningún procedimiento judicial, administrativo u otro procedimiento legal por ningún motivo, excepto para hacer cumplir los términos de este Acuerdo.

2. **Consideración.** En contraprestación por la ejecución, el cumplimiento y la no revocación de este Acuerdo por parte de Calderón, los Demandados acuerdan pagar a Calderón la cantidad bruta total de diecisiete mil trescientos dos dólares con ochenta y tres centavos ($17.302,83) (el “Pago del Arreglo”) .

a. El Pago de Liquidación se efectuará en el calendario que se indica a continuación:

(i) dentro de los treinta (30) días de la aprobación del presente acuerdo por parte del Tribunal, los Demandados emitirán un cheque a nombre de Calderón por un monto total de

diecisiete mil trescientos dos dólares con ochenta y tres centavos ($17,302.83) , a favor del Abogado de Calderón. La totalidad del pago del acuerdo se pagará a la Sra. Calderón.

b. Calderón acepta y afirma que el Pago del Arreglo constituirá el monto total de la contraprestación monetaria proporcionada a ella y a su asesor legal en virtud de este Acuerdo y otros acuerdos entre las partes incorporados por referencia en el presente y que Calderón no buscará ninguna compensación adicional por cualquier otra reclamación impaga. salarios, suplementos salariales, lesiones, daños, costos, desembolsos u honorarios de abogados en relación con cualquiera de los asuntos incluidos en este Acuerdo o cualquier aspecto de la relación de Calderón con los Demandados. Calderón está de acuerdo, afirma y reconoce que, después del pago de los montos especificados en el presente, se le han pagado todos los salarios y complementos salariales y todos los demás montos que los Demandados le adeudan por cualquier motivo.

c. Calderón emitirá un W-9 junto con este acuerdo y recibirá un Formulario 1099 para este pago. Calderón también acepta que será responsable del pago de todos los impuestos personales que puedan adeudarse como resultado del Pago del Acuerdo. Calderón entiende y acepta que los Demandados no hacen ninguna representación por o en nombre de los Demandados con respecto a las obligaciones fiscales o las consecuencias que puedan surgir de este Acuerdo. Además, Calderón acuerda indemnizar y eximir de responsabilidad a los Demandados de todos los gravámenes, responsabilidades, intereses y multas que puedan imponerse o incurrir por ellos como resultado de no deducir impuestos u otras retenciones o satisfacer cualquier gravamen o juicio contra Calderón en el Pago de Liquidación.

3. **<u>Reclamaciones liberadas por Calderón.</u>**

a. A cambio del Pago del Arreglo y de otra contraprestación buena y valiosa, cuyo recibo se reconoce por el presente, Calderón y Calderón en nombre de sus familiares, herederos, albaceas, representantes, síndicos, agentes, aseguradores, administradores, representantes legales, sucesores y cesionarios (colectivamente, los " Renunciantes "), de forma irrevocable e incondicional renuncian, liberan y despiden por completo y para siempre a los Demandados, las matrices, subsidiarias, afiliadas, divisiones y/o compañías relacionadas de los Demandados, y cada uno de sus respectivos directores, funcionarios , accionistas, socios, empleados, gerentes, miembros, agentes, abogados y sucesores de los Demandados ("Exonerados") de todos y cada uno de los reclamos, demandas, acciones, causas de acciones, obligaciones, juicios, derechos, honorarios, daños, deudas , obligaciones, responsabilidades y gastos (incluidos los honorarios de los abogados) por violaciones reales y/o supuestas de la Ley de Normas Laborales Justas (FLSA) o la Ley Laboral de Nueva York (NYLL) que se alegaron en esta Acción. Estos reclamos fueron por violaciones de pagos de horas extras, pago de horas extra, requisitos de aviso de salario y requisitos de declaración de salario. Esta liberación se limita a las reclamaciones planteadas en la Acción. Las reclamaciones que no pueden liberarse como cuestión de derecho no se liberan. En aras de la claridad, esta liberación no exime a los Demandados de sus obligaciones en virtud de este Acuerdo.

d. Esta liberación y renuncia de reclamos no se interpretará como un impedimento para el derecho de Calderón de hacer cumplir los términos de este Acuerdo y no incluye ningún reclamo que, como cuestión de derecho, no pueda ser liberado por acuerdo privado. Este comunicado tampoco prohíbe ni impide que Calderón brinde testimonio veraz en cualquier procedimiento legal o coopere con, o haga revelaciones veraces a, cualquier agencia gubernamental local, estatal o federal, o presente una acusación o queja oportunamente ante la EEOC, o participe en cualquier investigación o procedimiento realizado por la EEOC con respecto a cualquier reclamo de discriminación laboral. No obstante lo anterior, con respecto a cualquier reclamo que no pueda ser liberado por acuerdo privado, Calderón acepta liberar y renunciar y por la presente libera y renuncia a su derecho (si lo hubiere) a cualquier daño monetario u otra recuperación en cuanto a dichos reclamos, incluidos los reclamos presentado en nombre de Calderón, ya sea individualmente o como parte de una acción

colectiva, por cualquier agencia gubernamental u otro tercero, con la excepción de los reclamos FLSA y NYLL previamente presentados en la medida en que el Tribunal pueda ordenar reparación en la acción de la cual este El acuerdo es el tema.

4. **Declaraciones y garantías de Calderón** . Calderón por la presente representa, garantiza, reconoce y afirma lo siguiente:

a. que no ha presentado ni ha permitido que nadie presente en su nombre ninguna queja, cargo o reclamo de reparación contra los Demandados ante ningún tribunal local, estatal o federal ni agencia administrativa que no sean los mencionados en este documento;

b. que se le ha pagado y ha recibido todas las compensaciones, salarios, pagos de horas extras, complementos salariales, bonificaciones, comisiones, licencias, con y sin goce de sueldo, tiempo libre con goce de sueldo y beneficios a los que pueda estar adeudada por cualquier motivo, salvo lo dispuesto en este Acuerdo ; y

c. que no tiene lesiones laborales o enfermedades ocupacionales conocidas y que se le ha proporcionado y/o no se le ha negado ninguna licencia solicitada en virtud de la Ley de licencia médica y familiar.

5. **Respuesta a Consultas sobre Empleo .** Si un posible empleador de Calderón se pone en contacto con los Demandados en busca de una referencia laboral, los Demandados solo proporcionarán las fechas de empleo de Calderón y el puesto que ocupó con los Demandados.

6. **Incumplimiento de contrato.** El incumplimiento de cualquiera de las disposiciones de este Acuerdo por cualquiera de las Partes de este Acuerdo se perseguirá en cualquier tribunal de jurisdicción competente. Las Partes acuerdan que se aplicarán las leyes del Estado de Nueva York, sin tener en cuenta sus principios de conflicto de leyes.

7. **La Corte Retiene Jurisdicción .** El Tribunal conservará la jurisdicción sobre este Acuerdo hasta que se hayan completado todos los pagos. Si los Demandados no realizan los pagos a tiempo de acuerdo con este Acuerdo, los Demandados pagarán los costos razonables del Demandante y los honorarios razonables de los abogados por cualquier acción requerida para recuperar los pagos. Antes de tomar tal acción, el Demandante deberá proporcionar a los Demandados un aviso y diez (10) días hábiles para subsanar por correo electrónico al respectivo abogado de los Demandados.

8. **Divisibilidad.** Las disposiciones de este Acuerdo son separables. Si alguna disposición de este Acuerdo se considera inválida, la invalidez no afectará otras disposiciones o la aplicación del Acuerdo que pueden entrar en vigor sin la disposición o aplicación inválida.

9. **No renuncia.** Ninguna renuncia a cualquier incumplimiento de cualquier término o disposición de este Acuerdo se interpretará como, o será, una renuncia a cualquier otro incumplimiento de este Acuerdo. Ninguna renuncia será vinculante a menos que se haga por escrito y esté firmada por la Parte que renuncia al incumplimiento. Este Acuerdo será vinculante y redundará en beneficio de las Partes y sus respectivos herederos, sucesores y cesionarios autorizados. Los Demandados pueden ceder este Acuerdo sin previo aviso a su exclusivo criterio.

10. **Fecha efectiva.** La Fecha de vigencia de este Acuerdo será ocho días después de que el Demandante proporcione a los Demandados un formulario W-9, una copia de este Acuerdo y el Acuerdo de preferencia firmado por el Demandante, siempre que no se revoque de manera efectiva.

11. **encabezados** Los encabezados de este Acuerdo son para conveniencia de las Partes y no pretenden modificar los términos del Acuerdo.

12. **Contrapartes Múltiples .** Este Acuerdo puede celebrarse en dos o más ejemplares, cada uno de los cuales se considerará un original, pero todos juntos constituirán un solo y mismo instrumento. Las copias escaneadas enviadas por fax y por correo electrónico serán efectivas y exigibles.

13. **Representación por un abogado y acuerdo completo** . Este Acuerdo, y otros acuerdos relacionados entre las partes incorporados por referencia en este documento, establece el acuerdo completo entre las Partes del presente y reemplaza por completo cualquier discusión, acuerdo o entendimiento previo entre las Partes. Las Partes acuerdan que este Acuerdo y otros acuerdos relacionados entre las partes incorporados por referencia en este documento, fueron redactados conjuntamente por las Partes y, por lo tanto, se interpretarán de acuerdo con su significado justo, y no estrictamente a favor o en contra de cualquiera de las Partes. Si alguna disposición del Acuerdo es declarada o determinada por cualquier tribunal como ilegal o inválida, la validez de las partes, términos o disposiciones restantes no se verá afectada por ello y la parte, término o disposición ilegal o inválida se considerará no válida. una parte del Acuerdo. Este Acuerdo sobrevivirá a la cesación o terminación de cualquier arreglo contenido en este documento.

14. **Acuerdo Voluntario.** Al firmar en el espacio proporcionado a continuación, Calderón está de acuerdo y afirma que:

a. Se le aconsejó y ha leído detenidamente y comprende completamente todas las disposiciones de este Acuerdo y otros acuerdos entre las partes incorporados por referencia en este documento;

b. Ella ha tenido al menos veintiún (21) días para revisar, considerar y ejecutar este Acuerdo y ha consultado con su abogado de elección antes de ejecutar este Acuerdo;

c. Este Acuerdo es legalmente vinculante y, al firmarlo, Calderón entiende que está renunciando a ciertos derechos, incluido su derecho a presentar cualquier reclamo contra los Liberados desde el comienzo del tiempo hasta la fecha de este Acuerdo;

d. Los Demandados o cualquier persona que actúe en su nombre no han hecho ninguna promesa o representación de ningún tipo o carácter para inducir a Calderón a celebrar este Acuerdo o cualquier otro acuerdo entre las partes incorporado por referencia en este documento, que no sea como se establece en este documento, y cualquier acuerdo relacionado entre las partes incorporado por referencia en este documento. Calderón no ha sido forzado o presionado de ninguna manera para firmar este Acuerdo; y

e. A través de este Acuerdo y otros acuerdos relacionados entre las partes incorporados por referencia en el presente, Calderón libera a todos los Exonerados de todos y cada uno de los reclamos que pueda tener contra los Exonerados a cambio del Pago del Acuerdo descrito en el presente;

f. Calderón, consciente y voluntariamente, acepta todos los términos establecidos en este Acuerdo y tiene la intención de estar legalmente obligado por ellos.

[EL RESTO DE ESTA PÁGINA SE DEJÓ EN BLANCO INTENCIONALMENTE]

**Royal Elite Palace Caterers LLC**

Por:_ ________________________________ FECHA: _____/_______/_______

**aba cohen**
**Su: Miembro Gerente**

ESTADO DE NUEVA YORK )
) ss.:
CONDADO DE ___________)

El ____ de _______________ de 2023 compareció ante mí personalmente Aba Cohen, de quien yo conozco personalmente o se me ha demostrado, sobre la base de pruebas satisfactorias, que es la persona cuyo nombre está suscrito en el instrumento y que mediante su firma en el instrumento, el individuo ejecutó el instrumento y que tal individuo hizo tal comparecencia ante el abajo firmante.

________________________________
NOTARIO PÚBLICO

______________________________________ FECHA: _____/______/______

**Alexandra Hiaeve**

ESTADO DE NUEVA YORK )
) ss.:
CONDADO DE ___________)

El día ____ de _______________ de 2023 compareció ante mí personalmente Alexandra Hiaeve, a quien yo conozco personalmente o se me ha probado, sobre la base de pruebas satisfactorias, que es la persona cuyo nombre está suscrito en el instrumento y que mediante su firma en el instrumento, el individuo ejecutó el instrumento y que tal individuo hizo tal comparecencia ante el abajo firmante.

________________________________
NOTARIO PÚBLICO

_____________________________________ FECHA: _____/______/______

**Roben Katanov**

ESTADO DE NUEVA YORK )
) ss.:
CONDADO DE ___________)

El ____ de _______________ de 2023 compareció personalmente ante mí Roben Katanov, de quien yo conozco personalmente o se me ha probado, sobre la base de pruebas satisfactorias, que es la persona cuyo nombre está suscrito en el instrumento y que mediante su firma en el instrumento, el individuo ejecutó el instrumento y que tal individuo hizo tal comparecencia ante el abajo firmante.

______________________________
NOTARIO PÚBLICO

_____________________________________ FECHA: _____/______/______

**Yuri Yonayev**

ESTADO DE NUEVA YORK )
) ss.:
CONDADO DE ___________)

El día ____ de _______________ de 2023 compareció personalmente ante mí Yuri Yonayev, conocido personalmente por mí o demostrado sobre la base de pruebas satisfactorias que es la persona cuyo nombre está suscrito en el instrumento y que mediante su firma en el instrumento, el individuo ejecutó el instrumento y que tal individuo hizo tal comparecencia ante el abajo firmante.

______________________________
NOTARIO PÚBLICO

______________________________________ FECHA: _____/______/______

**aba cohen**

ESTADO DE NUEVA YORK )
) ss.:
CONDADO DE ___________)

El ____ de _______________ de 2023 compareció ante mí personalmente Aba Cohen, de quien yo conozco personalmente o se me ha demostrado, sobre la base de pruebas satisfactorias, que es la persona cuyo nombre está suscrito en el instrumento y que mediante su firma en el instrumento, el individuo ejecutó el instrumento y que tal individuo hizo tal comparecencia ante el abajo firmante.

________________________________
NOTARIO PÚBLICO

______________________________________ FECHA: _____/______/______

**Alicia Calderón**

ESTADO DE NUEVA YORK )
) ss.:
CONDADO DE ___________)

El día ____ de _______________ de 2023 compareció personalmente ante mí Alicia Calderón, de quien yo conozco personalmente o se me ha probado sobre la base de pruebas satisfactorias que es la persona cuyo nombre está suscrito en el instrumento dentro y que mediante su firma en el instrumento, el individuo ejecutó el instrumento y que tal individuo hizo tal comparecencia ante el abajo firmante.

________________________________
NOTARIO PÚBLICO