AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Alicia Calderon
*Plaintiff*
v.
Royal Elite Palace Caterers LLC et al
*Defendant*

Civil Action No. 1:21-cv-06367-EK-MMH

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** Joint motion for settlement approval

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Alicia Calderon:Jillian Weiss, Jose Cristobal Gutierrez, and Corinna Svarlien | Corinna Svarlien<br>Corinna Svarlien (May 2, 2023 13:48 EDT) | 05/02/2023 |
| Royal Elite Palace Caterers LLC, Aba Cohen: Adam Sherman | s/ Adam Sherman | 5/3/2023 |
| Alexandra Hiaeve, Roben Katanov, Yuri Yonayev: Emanuel Kataev | s/ Emanuel Kataev | 5/3/2023 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: __________

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.