| Week | Hours per week | Days per week | Daily Rate | Weekly Rate | Hourly rate | MW Rate | Regular hours | MW Pay | OT Rate | OT Rate | OT Pay | OT Pay | SOH Pay | Should have been paic | Diff Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/22/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 8/29/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 9/5/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 9/12/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 9/19/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 9/26/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 10/3/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 10/10/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 10/17/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 10/24/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 10/31/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 11/7/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 11/14/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 11/21/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 11/28/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 12/5/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 12/12/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 12/19/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 12/26/2013 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 1/2/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $7.25 | $347.83 | $290.00 | $13.04 | $10.88 | $378.26 | $315.38 | $43.50 | $769.59 | $169.59 |
| 1/9/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 1/16/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 1/23/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 1/30/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 2/6/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 2/13/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 2/20/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 2/27/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 3/6/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 3/13/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 3/20/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 3/27/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 4/3/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 4/10/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 4/17/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 4/24/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 5/1/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 5/8/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 5/15/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 5/22/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 5/29/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 6/5/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 6/12/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 6/19/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 6/26/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 7/3/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 7/10/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 7/17/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 7/24/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |
| 7/31/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | $774.09 | $174.09 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 8/14/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 8/21/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 8/28/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 9/4/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 9/11/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 9/18/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 9/25/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 10/2/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 10/9/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 10/16/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 10/23/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 10/30/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 11/6/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 11/13/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 11/20/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 11/27/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 12/4/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 12/11/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 12/18/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 12/25/2014 | 69 | 6 | $100.00 | $600.00 | $8.70 | $8.00 | $347.83 | $320.00 | $13.04 | $12.00 | $378.26 | $348.00 | $48.00 | | $774.09 | $174.09 |
| 1/1/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 1/8/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 1/15/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 1/22/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 1/29/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 2/5/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 2/12/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 2/19/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 2/26/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 3/5/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 3/12/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 3/19/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 3/26/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 4/2/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 4/9/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 4/16/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 4/23/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 4/30/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 5/7/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 5/14/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 5/21/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 5/28/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 6/4/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 6/11/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 6/18/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 6/25/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 7/2/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 7/9/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 7/16/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |
| 7/23/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | | $923.80 | $203.80 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 8/6/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 8/13/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 8/20/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 8/27/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 9/3/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 9/10/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 9/17/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 9/24/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 10/1/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 10/8/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 10/15/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 10/22/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 10/29/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 11/5/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 11/12/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 11/19/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 11/26/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 12/3/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 12/10/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 12/17/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 12/24/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 12/31/2015 | 69 | 6 | $120.00 | $720.00 | $10.43 | $8.75 | $417.39 | $350.00 | $15.65 | $13.13 | $453.91 | $380.63 | $52.50 | $923.80 | $203.80 |
| 1/7/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 1/14/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 1/21/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 1/28/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 2/4/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 2/11/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 2/18/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 2/25/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 3/3/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 3/10/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 3/17/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 3/24/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 3/31/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 4/7/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 4/14/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 4/21/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 4/28/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 5/5/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 5/12/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 5/19/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 5/26/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 6/2/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 6/9/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 6/16/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 6/23/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 6/30/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 7/7/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 7/14/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 7/28/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 8/4/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 8/11/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 8/18/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 8/25/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 9/1/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 9/8/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 9/15/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 9/22/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 9/29/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 10/6/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 10/13/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 10/20/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 10/27/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 11/3/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 11/10/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 11/17/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 11/24/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 12/1/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 12/8/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 12/15/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 12/22/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 12/29/2016 | 69 | 6 | $120.00 | $720.00 | $10.43 | $9.00 | $417.39 | $360.00 | $15.65 | $13.50 | $453.91 | $391.50 | $54.00 | $925.30 | $205.30 |
| 1/5/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 1/12/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 1/19/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 1/26/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 2/2/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 2/9/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 2/16/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 2/23/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 3/2/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 3/9/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 3/16/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 3/23/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 3/30/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 4/6/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 4/13/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 4/20/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 4/27/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 5/4/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 5/11/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 5/18/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 5/25/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 6/1/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 6/8/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 6/15/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 6/22/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 6/29/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 7/6/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/13/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 7/20/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 7/27/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 8/3/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 8/10/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 8/17/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 8/24/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 8/31/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 9/7/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 9/14/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 9/21/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 9/28/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 10/5/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 10/12/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 10/19/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 10/26/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 11/2/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 11/9/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 11/16/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 11/23/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 11/30/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 12/7/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 12/14/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 12/21/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 12/28/2017 | 69 | 6 | $120.00 | $720.00 | $10.43 | $11.00 | $440.00 | $440.00 | $16.50 | $16.50 | $478.50 | $478.50 | $66.00 | $984.50 | $264.50 |
| 1/4/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 1/11/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 1/18/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 1/25/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 2/1/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 2/8/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 2/15/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 2/22/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 3/1/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 3/8/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 3/15/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 3/22/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 3/29/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 4/5/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 4/12/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 4/19/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 4/26/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 5/3/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 5/10/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 5/17/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 5/24/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 5/31/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 6/7/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 6/14/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 6/21/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 6/28/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 7/12/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 7/19/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 7/26/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 8/2/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 8/9/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 8/16/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 8/23/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 8/30/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 9/6/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 9/13/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 9/20/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 9/27/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 10/4/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 10/11/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 10/18/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 10/25/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 11/1/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 11/8/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 11/15/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 11/22/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 11/29/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 12/6/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 12/13/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 12/20/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 12/27/2018 | 69 | 6 | $150.00 | $900.00 | $13.04 | $13.00 | $521.74 | $520.00 | $19.57 | $19.50 | $567.39 | $565.50 | $78.00 | $1,167.13 | $267.13 |
| 1/3/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 1/10/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 1/17/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 1/24/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 1/31/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 2/7/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 2/14/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 2/21/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 2/28/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 3/7/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 3/14/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 3/21/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 3/28/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 4/4/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 4/11/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 4/18/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 4/25/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 5/2/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 5/9/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 5/16/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 5/23/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 5/30/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 6/6/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 6/13/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |
| 6/20/2019 | 51 | 6 | $150.00 | $900.00 | $17.65 | $15.00 | $705.88 | $600.00 | $26.47 | $22.50 | $291.18 | $247.50 | $0.00 | $997.06 | $97.06 |

| | |
|---|---|
| TOTAL | $63,818.88 |
| TOTAL + LD | $127,637.77 |
| Record Keeping: | $10,000 |