MAKE THE ROAD NEW YORK
DIGNIDAD, COMUNIDAD Y PODER

December 14th, 2023

Via ECF

Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

Re: Calderon v Royal Elite Place Caterers, LLC, et al.
Case No. 1:21-cv-06367-EK-MMH

*Letter Requesting Extension*

Dear Judge Henry:

Our firm, along with the Law Office of Jillian Weiss, represent the Plaintiff in the above referenced matter. We respectfully submit this joint letter to request an extension of the December 15, 2023 deadline to meet and confer to address the issues raised by Your Honor on our *Cheeks* hearing on November 28. The parties have resolved the issues but have been unable to schedule their clients' busy agenda to execute the settlement to be submitted to the Court.

We propose Wednesday, December 20, 2023 to resubmit our agreements. This will not affect any other scheduled court appearance or deadline.

We thank Your Honor for your time and consideration.

Respectfully submitted,

Cristobal Gutierrez
Lead Attorney
Make the Road New York
Attorney for Plaintiff