December 20, 2023

**VIA ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

**Re: Alicia Calderon v. Royal Elite Palace Caterers LLC et al., 21-cv-6367 (E.D.N.Y.) (EK) (MMH)**

Dear Judge Henry:

Make the Road New York ("MRNY") along with the Law Office of Jillian Weiss P.C. represent Plaintiff Alicia Calderon in the above-referenced case.

Following the hearing held on November 28, 2023, the parties conferred and revised the FLSA settlement agreement and the non-FLSA settlement agreement. These revisions have been agreed to by all parties; however, due to illness and travel, we are unable to submit fully executed agreements. We are submitting the agreements with notarized signatures from Defendants Aba Cohen and Royal Elite Palace Caterers LLC and non-notarized signatures from Plaintiff Calderon. We will submit fully-executed agreements as soon as we are able to collect notarized signatures from all parties.

The FLSA agreement is attached to this letter as Exhibit One. I will be filing the non-FLSA agreement under seal. Thank you for your consideration.

Respectfully submitted,

Corinna Svarlien
Staff Attorney, Workplace Justice Project
Make the Road New York
Attorney for Plaintiff

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

QUEENS
92-10 ROOSEVELT AVENUE
JACKSON HEIGHTS, NY 11372
718 565 8500

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

WESTCHESTER
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

WWW.MAKETHEROADNY.ORG