UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALICIA CALDERON,

                      Plaintiff,

  -against-

ROYAL ELITE PALACE CATERERS LLC,
ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA
KOLNOV a/k/a ABA KOIUNOV, ROBEN
KATANOV, and YURI YONAYEV,

                      Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-6367 (EK) (MMH)

**NOTICE OF LIMITED APPEARANCE FOR DEFENDANTS ALEXANDRA HIAEVE, ROBEN KATANOV, AND YURI YONAYEV FOR PURPOSES OF COMPLYING WITH FEBRUARY 13, 2024 ORDER BY THE HON. MARCIA M. HENRY, U.S.M.J**

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby notices a limited appearance as counsel for Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev in the above-captioned case for the sole purpose of complying with this Court's February 13, 2024 Order. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       February 21, 2024

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc