# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

February 21, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 504N
Brooklyn, NY 11201-1804

      *Re:*    **Calderon v. Royal Elite Palace Caterers LLC,** *et al.*
               **Case No.: 1:21-cv-6367 (EK) (MMH)**

Dear Judge Henry:

    This firm is in the process of substituting in as counsel to Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev (collectively hereinafter the "Former Owner Defendants") in the above-captioned case, and submits this letter together with a notice of limited appearance in order to comply with this Court's Order dated February 14, 2024. The Former Owner Defendants address the issues raised therein *seriatim* below.

    (i)    <u>the Former Owner Defendants' signatures on the settlement agreement</u>

    On February 17, 2024, your undersigned submitted the fully executed settlement agreements sought by Plaintiff, which she confirmed receipt of on Monday, February 19, 2024.

    (ii)    <u>Attorney Kataev's status as representative of the Former Owner Defendants</u>

    As set forth above, the Former Owner Defendants are in the process of substituting in as counsel Sage Legal LLC in the place and stead of Milman Labuda Law Group PLLC. Once this process is completed, your undersigned will file a notice of appearance on behalf of the Former Owner Defendants.

    The Former Owner Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
       February 21, 2024                      Respectfully submitted,

                                              **SAGE LEGAL LLC**
                                              _____/s_____
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

**VIA ECF**
All counsel of record