

February 21, 2023

Via ECF

Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

        Re: Calderon v Royal Elite Place Caterers, LLC, et al.
        Case No. 1:21-cv-06367-EK-MMH

Dear Judge Henry:

    Our firm, along with the Law Office of Jillian Weiss, represent the Plaintiff in the above referenced matter. I am writing to submit the fully executed revised FLSA settlement agreement, attached as Exhibit One. I will also be filing the fully executed revised non-FLSA agreement under seal. As noted in the letter submitted by Counsel Emanuel Kataev, Mr. Kataev sent his clients' signatures to our office on February 17, 2024. On February 19, 2024, we requested that he respond to this Court's February 13, 2024 order and submit the executed agreements. We now respectfully submit both agreements in order that the Court may complete its *Cheeks* review.

    Respectfully submitted,

                                        *Corinna Svarlien*
                                        Corinna Svarlien
                                        Staff Attorney
                                        Make the Road New York
                                        Attorney for Plaintiff

BROOKLYN — 301 GROVE STREET, BROOKLYN, NY 11237 — 718 418 7690
QUEENS — 92-10 ROOSEVELT AVENUE, JACKSON HEIGHTS, NY 11372 — 718 565 8500
STATEN ISLAND — 161 PORT RICHMOND AVENUE, STATEN ISLAND, NY 10302 — 718 727 1222
LONG ISLAND — 1090 SUFFOLK AVENUE, BRENTWOOD, NY 11717 — 631 231 2220
WESTCHESTER — 46 WALLER AVENUE, WHITE PLAINS, NY 10605 — 914 948 8466

WWW.MAKETHEROADNY.ORG