# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

February 27, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 504N
Brooklyn, NY 11201-1804

    *Re*: **Calderon v. Royal Elite Palace Caterers LLC,** *et al.*
         **Case No.: 1:21-cv-6367 (EK) (MMH)**

Dear Judge Henry:

    This firm is substituting in as counsel to Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev (collectively hereinafter the "Former Owner Defendants") in the above-captioned case. I write in compliance with this Court's Order dated February 23, 2024 to submit the instant motion to substitute in as counsel for the Former Owner Defendants in the place and stead of Milman Labuda Law Group PLLC. Enclosed is a fully executed stipulation of substitution of counsel. The Former Owner Defendants respectfully request that this Court "so Order" the stipulation, and thank this Court for its time and attention to this case.

Dated: Jamaica, New York
      February 27, 2024         Respectfully submitted,

                          **SAGE LEGAL LLC**
                          */s/ Emanuel Kataev, Esq.*
                          Emanuel Kataev, Esq.
                          18211 Jamaica Avenue
                          Jamaica, NY 11423-2327
                          (718) 412-2421 (office)
                          (917) 807-7819 (cellular)
                          (718) 489-4155 (facsimile)
                          emanuel@sagelegal.nyc

**VIA ECF**
Law Office f Jillian T. Weiss, P.C.
<u>Attn</u>: Jillian T. Weiss, Esq.
226 Prospect Park West, No. 104
Brooklyn, NY 11215
jweiss@jtweisslaw.com

**VIA ECF**
Make the Road New York
<u>Attn</u>: Jose Cristobal Gutierrez
9210 Roosevelt Avenue
Jackson Heights, NY 11372
cristobal.gutierrez@maketheroadny.org

**VIA ECF**
Jacobs, P.C.
<u>Attn</u>: Leo Jacobs, Esq.
595 Madison Ave, 39th Floor
New York, NY 10022
leo@jacobspc.com