UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALICIA CALDERON,

                      Plaintiff,

   -against-

ROYAL ELITE PALACE CATERERS LLC,
ALEXANDRA HIAEVE, ABA COHEN a/k/a ABA
KOLNOV a/k/a ABA KOIUNOV, ROBEN
KATANOV, and YURI YONAYEV,

                      Defendants.
----------------------------------------------------------------X

Case No.: 1:21-cv-6367 (EK) (MMH)

**STIPULATION OF
SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev in the above-captioned case and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

| | |
|---|---|
| Dated: Jamaica, New York<br>February 6, 2024 | Dated: Lake Success, New York<br>February 26, 2024 |
| **SAGE LEGAL LLC** | **MILMAN LABUDA LAW GROUP PLLC** |
| */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(718) 489-4155 (facsimile)<br>(917) 807-7819 (cellular)<br>mail@emanuelkataev.com | By: _____<br>Jamie Scott Felsen, Esq.<br>3000 Marcus Ave., Suite 3W8<br>Lake Success, NY 11042-1073<br>(516) 328-8899 (office)<br>(516) 303-1391 (direct dial)<br>(516) 328-0082 (facsimile)<br>jamiefelsen@mllaborlaw.com |

Dated: Brooklyn, New York  
      February \_\_\_\_, 2024

So Ordered:

_____, U.S.\_\_\_.J.

By: _____  
Alexandra Hiaeve

By: _____  
Roben Katanov

By: _____  
Yuri Yonayev

**VIA ECF**  
All counsel of record