UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Alicia Calderon,

*Plaintiff,*

v.

Royal Elite Palace Caterers LLC et al,

*Defendants*

№ 1:21-cv-6367 (EK) (MMH)

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alicia Calderon and Defendants Royal Elite Palace Caterers LLC, Alexandra Hiaeve, Aba Cohen a/k/a Aba Kolnov a/k/a Aba Koiunov, Roen Katanov, and Yuri Yonayev (collectively hereinafter the "Defendants"), by and through their undersigned counsel, hereby stipulate that the claims asserted by the Plaintiff's Complaint against Defendants shall be unconditionally dismissed with prejudice, and without costs or attorneys' fess to any party. This court retains jurisdiction to enforce the settlement agreement and release of this action.

*s/ Emanuel Kataev*
_____
Emanuel Kataev, Esq.
Sage Legal
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorney for Defendants
Alexandra Hiaeve, Roben
Katanov, and Yuri Yonayev*

*s/ Adam Sherman*
_____
Adam Sherman, Esq.
JACOBS PC
450 Lexington Ave.
Floor 4
New York, New York
(718)772-8704
Adam@jacobspc.com

*Attorney for Defendants
Royal Elite Palace Caterers
LLC and Aba Cohen:*

*s/ Corinna Svarlien*
_____
Corinna Svarlien, Esq.
Make the Road New York
92-10 Roosevelt Ave
Jackson Heights, NY 11372
(718) 565 8500 ext. 1048
Corinna.svarlien@maketheroadny.org

*Attorney for Plaintiff*

SO ORDERED:

_____

Honorable Marcia M. Henry, U.S.M.J.