# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

April 27, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 504N
Brooklyn, NY 11201-1804

    *Re:*    Calderon v. Royal Elite Palace Caterers LLC, *et al.*
            <u>Case No.: 1:21-cv-6367 (EK) (MMH)</u>

Dear Judge Henry:

    This firm represents Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev (collectively hereinafter the "Former Owner Defendants") in the above-captioned case.

    I write consistent with this Court's Order dated April 23, 2024 and Local Civil Rule 1.3(d) to apprise the Court that I have updated my address in PACER and submitted same to the United States District Court for the Eastern District of New York ("EDNY") electronically on April 25, 2024. I received updates from all other federal courts that I am barred in, but have not received any confirmation from EDNY.

    To the extent that it is necessary, I respectfully request that this letter serve as notice of change of address for my account with the address contained in my signature block below.

Dated: Jamaica, New York
       April 27, 2024                       Respectfully submitted,

                                                  **SAGE LEGAL LLC**

                                                  <u>/s/ Emanuel Kataev, Esq.</u>
                                                  Emanuel Kataev, Esq.
                                                  18211 Jamaica Avenue
                                                  Jamaica, NY 11423-2327
                                                  (718) 412-2421 (office)
                                                  (917) 807-7819 (cellular)
                                                  (718) 489-4155 (facsimile)
                                                  emanuel@sagelegal.nyc

                                                  *Attorneys for Defendants*
                                                  *Alexandra Hiaeve*
                                                  *Roben Katanov*
                                                  *and Yuri Yonayev*

**VIA ECF**
Law Office of Jillian T. Weiss, P.C.
<u>Attn</u>: Jillian T. Weiss, Esq.
242 Main Street
Beacon, NY 12508
jweiss@jtweisslaw.com

**VIA ECF**
Make the Road New York
<u>Attn</u>: Jose Cristobal Gutierrez
9210 Roosevelt Avenue
Jackson Heights, NY 11372
cristobal.gutierrez@maketheroadny.org

**VIA ECF**
Jacobs, P.C.
<u>Attn</u>: Leo Jacobs, Esq.
595 Madison Ave, 39th Floor
New York, NY 10022
leo@jacobspc.com

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Eric R. Komitee, U.S.D.J.
225 Cadman Plaza East
Courtroom 6G North
Brooklyn, NY 11201-1804