

August 21, 2024

**Via ECF**

Honorable Judge Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Calderon v Royal Elite Palace Caterers, LLC, et al.
        Case No. 1:21-cv-06367-EK-MMH

        *Letter Requesting Extension to File Revised Stipulation of Dismissal*

Dear Judge Komitee:

    Make the Road New York, along with the Law Office of Jillian Weiss, represent the Plaintiff in the above referenced matter. The Plaintiff and Defendants Royal Elite Palace Caterers LLC and Aba Cohen respectfully submit this letter to request an extension to file a revised stipulation of dismissal.

    The Plaintiff and Defendants Royal Elite Palace Caterers LLC and Aba Cohen in this matter ask for an additional week to submit a revised stipulation of dismissal by August 28, 2024. As per the Court's August 8, 2024 ECF order, the parties were directed to submit a revised stipulation of dismissal by August 21, 2024. Due to unexpected delays, the funds of the most recent settlement payments have yet to clear. We ask the court to allow the Parties to submit the revised stipulation by August 28, 2024. This is the first request for an extension of time to submit a revised stipulation of dismissal. This request for extension will not affect any other scheduling in this matter.

| BROOKLYN | QUEENS | STATEN ISLAND | LONG ISLAND | WESTCHESTER |
| --- | --- | --- | --- | --- |
| 301 GROVE STREET | 92-10 ROOSEVELT AVENUE | 161 PORT RICHMOND AVENUE | 1090 SUFFOLK AVENUE | 46 WALLER AVENUE |
| BROOKLYN, NY 11237 | JACKSON HEIGHTS, NY 11372 | STATEN ISLAND, NY 10302 | BRENTWOOD, NY 11717 | WHITE PLAINS, NY 10605 |
| 718 418 7690 | 718 565 8500 | 718 727 1222 | 631 231 2220 | 914 948 8466 |

WWW.MAKETHEROADNY.ORG

  Defendants Alexandra Hiaeve, Roben Katanov, Yuri Yonayev do not consent to a request for an extension. Defendants Alexandra Hiaeve, Roben Katanov, and Yuri Yonayev's counsel stated he will submit an appropriate letter response.

  Thank you for your consideration.

                 Respectfully submitted,

                 Corinna Svarlien
                 Staff Attorney
                 Make the Road New York
                 Attorney for Plaintiff